DAWN SESTITO (S.B. #214011)
dsestito@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California  90071-2899
Telephone:  +1 213 430 6000
Facsimile:   +1 213 430 6407

Attorneys for Defendant
Trader Joe's Company

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE MORRISON, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY,<br><br>Defendant. | Case No. 3:23-cv-00061-RBM-KSC<br><br>**JOINT MOTION AND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:  Ruth Bermudez Montenegro<br><br>Complaint served:  January 13, 2023<br>Current response date:  Feb. 3, 2023<br>Prop. new resp. date:  March 6, 2023 |

Plaintiff Valerie Morrison and Defendant Trader Joe's Company, by and through their respective counsel of record, hereby stipulate and jointly move as follows:

WHEREAS, on January 12, 2023, Plaintiff filed her initial Complaint against Defendant;

WHEREAS, Plaintiff served the Complaint on Defendant on January 13, 2023;

WHEREAS, based on the date of service, Defendant's response deadline would be February 3, 2023;

1  WHEREAS, Defendant's counsel was recently retained and has requested an extension of time to respond to the Complaint so that they may attend to case management and become more familiar with the allegations and claims asserted in the Complaint;

WHEREAS, the parties agreed to extend the deadline for Defendant to respond to the Complaint by thirty (30) days from February 3, 2023 to March 6, 2023;

WHEREAS, Defendant has not yet sought or been granted any other extension of time to respond to the Complaint;

WHEREAS, all parties join in this Stipulation and do so without waiving any of their rights, claims or defenses.

**NOW THEREFORE**, the parties hereby jointly move and stipulate, subject to the Court's approval, that Defendant shall have until March 6, 2023 to respond to the Complaint, whether by way of answer, a motion under Rule 12, or otherwise.

Dated: January 25, 2023

**O'MELVENY & MYERS LLP**
DAWN SESTITO

By:  /s/ Dawn Sestito
Dawn Sestito
Attorneys for Defendant
Trader Joe's Company

Dated: January 25, 2023

**FITZGERALD JOSEPH LLP**
JACK FITZGERALD
PAUL K. JOSEPH
MELANIE PERSINGER
TREVOR M. FLYNN
CAROLINE S. EMHARDT

By: */s/ Trevor M. Flynn*
Trevor M. Flynn
Attorneys for Plaintiff
Valerie Morrison

Case 3:23-cv-00061-RBM-KSC   Document 5   Filed 01/25/23   PageID.36   Page 4 of 4

## CERTIFICATION

I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized its filing.

Dated: January 25, 2023

**O'MELVENY & MYERS LLP**

By: */s/ Dawn Sestito*
Dawn Sestito

- 4 -

JOINT MOTION & STIP. TO EXTEND
TIME TO RESPOND TO COMPLAINT
3:23-CV-00061-RBM-KSC