# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE MORRISON, on behalf of herself, all others similarly situated, and the general public,<br><br>              Plaintiff,<br><br>   v.<br><br>TRADER JOE'S COMPANY,<br><br>              Defendant. | Case No. 3:23-cv-00061-RBM-KSC<br>Case No. 3:23-cv-00444-RBM-KSC<br>Case No. 3:23-cv-00462-RBM-KSC<br>Case No. 3:23-cv-00479-RBM-KSC<br>Case No. 3:23-cv-00513-RBM-KSC<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE CASES**<br><br>[Doc. 10] |
| TAMAKIA HERD, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>TRADER JOE'S COMPANY,<br><br>              Defendant. | |
| VYACHESLAV SHAUSMANOV, individually, and on behalf of all others similarly situated,<br><br>              Plaintiff, | |

| | |
|---|---|
| 1 | v. |
| 2 | TRADER JOE'S COMPANY, a California corporation, |
| 3 | |
| 4 | Defendant. |
| 5 | ROBERT L. WARING, on behalf of himself and all others similarly situated, |
| 6 | Plaintiff, |
| 7 | v. |
| 8 | TRADER JOE'S COMPANY, |
| 9 | Defendant. |
| 10 | |
| 11 | ROME ISH-HURWITZ, individually and on behalf of all others similarly situated, |
| 12 | Plaintiff, |
| 13 | v. |
| 14 | TRADER JOE'S COMPANY, INC. |
| 15 | Defendant. |

Five related putative class action lawsuits are pending in the Southern District of California before the undersigned. Plaintiffs Valerie Morrison, Tamakia Herd, Vyacheslav Shausmanov, Robert L. Waring, and Rome Ish-Hurwitz (collectively "Plaintiffs") bring these actions against Defendant Trader Joe's Company on behalf of all purchasers of two dark chocolate bars sold in Trader Joe's stores: Trader Joe's 72% Cacao Dark Chocolate Bar and Trader Joe's 85% Cacao Dark Chocolate Lover's Chocolate Bar (the "Products"). Plaintiffs and Defendant now seek to consolidate the five related cases. (Doc. 10.) The Court determines the motion on the papers submitted without oral argument pursuant to Civil Local Rule 7.1(d).

The Parties stipulate to consolidating the five related cases on the basis that each of the cases present substantially similar claims on behalf of virtually identical nationwide classes against the same Defendant. (Doc. 10 at 3.) Each of the actions allege Trader Joe's

sold the Products without disclosing the Products contained lead and cadmium. (*Id.*) Having reviewed the pleadings, the Court finds consolidation of the actions is warranted pursuant to Federal Rule of Civil Procedure 42.

Based on the foregoing, **IT IS ORDERED**:

1. The motion to consolidate cases in *Morrison v. Trader Joe's Company*, 3:23-cv-00061-RBM-KSC (Doc. 10) is **GRANTED** and the actions (i.e., *Morrison v. Trader Joe's Company*, 3:23-cv-00061-RBM-KSC; *Herd v. Trader Joe's Company*, 3:23-cv-00444-RMB-KSC; *Shausmanov v. Trader Joe's Company*, 3:23-cv-00462-RBM-KSC; *Waring v. Trader Joe's Company*, 3:23-cv-00479-RBM-KSC; and *Ish-Hurwitz v. Trader Joe's Company, Inc.*, 3:23-cv-00513-RBM-KSC) are consolidated for all purposes.

2. All documents filed shall bear the caption In Re Trader Joe's Company Dark Chocolate Litigation, 3:23-cv-00061-RBM-KSC.

3. A consolidated amended complaint shall be filed within **thirty (30) days** of the filing of this Order.

4. Defendant shall answer or otherwise respond to the amended consolidated complaint within thirty (30) days after the filing of such consolidated complaint.

5. The Clerk of Court is **DIRECTED** to change the docket to bear the caption In Re Trader Joe's Company Dark Chocolate Litigation, 3:23-cv-00061-RBM-KSC and administratively close the following cases: *Herd v. Trader Joe's Company*, 3:23-cv-00444-RBM-KSC; *Shausmanov v. Trader Joe's Company*, 3:23-cv-00462-RBM-KSC; *Waring v. Trader Joe's Company*, 3:23-cv-00479-RBM-KSC; and *Ish-Hurwitz v. Trader Joe's Company, Inc.*, 3:23-cv-00513-RBM-KSC.

**IT IS SO ORDERED.**

DATE:  April 11, 2023

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE