DAWN SESTITO (S.B. #214011)
dsestito@omm.com
R. COLLINS KILGORE (S.B. #295084)
ckilgore@omm.com
DANIELLE R. FEUER (S.B. #324174)
dfeuer@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California  90071-2899
Telephone:  +1 213 430 6000
Facsimile:   +1 213 430 6407

Attorneys for Defendant
Trader Joe's Company

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRADER JOE'S COMPANY DARK CHOCOLATE LITIGATION | Case No. 3:23-cv-00061-RBM-KSC<br><br>**DECLARATION OF DAWN SESTITO IN SUPPORT OF DEFENDANT TRADER JOE'S COMPANY'S REQUEST FOR JUDICIAL NOTICE**<br><br>Judge:  Ruth Bermudez Montenegro<br>Hearing Date:  August 7, 2023<br><br>NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT |

**DECLARATION OF DAWN SESTITO**

I, Dawn Sestito, declare as follows:

1. I am a member of the State Bar of California. I am a partner in the law firm of O'Melveny & Myers LLP, attorneys for Trader Joe's Company ("Trader Joe's") in this litigation. I submit this declaration in support of Trader Joe's Motion to Dismiss Plaintiffs' Consolidated Complaint. I have personal knowledge of the facts set forth below, and if called upon, I could and would testify to the truth thereof.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint in *As You Sow v. Trader Joe's, Inc.*, No. CGC-15-548791, filed in the San Francisco Superior Court on November 3, 2015. It is publicly accessible through the Court's website. The *As You Sow* lawsuit is referenced in paragraphs 162 and 226 of Plaintiffs' Complaint.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Consent Judgment entered by the San Francisco Superior Court in *As You Sow v. Trader Joe's, Inc.*, No. CGC-15-548791, on February 15, 2018. It is publicly accessible through the Court's website, as well as on the California Office of the Attorney General's website at https://oag.ca.gov/system/files/prop65/judgments/2014-01160J3733.PDF. This Consent Judgment is referenced in paragraphs 162 and 226 of Plaintiffs' Complaint.

4. Attached hereto as **Exhibit C** is a true and correct copy of the U.S. Food and Drug Administration's ("FDA") November 2006 publication entitled "Guidance for Industry: Lead in Candy Likely To Be Consumed Frequently by Small Children." It is publicly accessible on the FDA's website at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/guidance-industry-lead-candy-likely-be-consumed-frequently-small-children.

5. Attached hereto as **Exhibit D** is a true and correct copy of the FDA's November 2006 publication entitled "Supporting Document for Recommended

1 | Maximum Level for Lead in Candy." It is publicly accessible on the FDA's
2 | website at https://www.fda.gov/food/environmental-contaminants-food/supporting-
3 | document-recommended-maximum-level-lead-candy-likely-be-consumed-
4 | frequently-small.

5       6.      Attached hereto as **Exhibit E** is a true and correct copy of the FDA's August 2020 publication entitled "Supporting Document for Action Level for Inorganic Arsenic in Rice Cereal for Infants." It is publicly accessible on the FDA's website at https://www.fda.gov/media/97121/download.

        7.      Attached hereto as **Exhibit F** is a true and correct copy of the FDA's March 3, 2023 publication entitled "Closer to Zero: Reducing Childhood Exposure to Contaminants from Foods." It is publicly accessible on the FDA's website at https://www.fda.gov/food/environmental-contaminants-food/closer-zero-reducing-childhood-exposure-contaminants-foods.

        8.      Attached hereto as **Exhibit G** is a true and correct copy of the FDA's April 8, 2021 publication, entitled "FDA Releases Action Plan for Reducing Exposure to Toxic Elements from Foods for Babies, Young Children." It is publicly accessible on the FDA's website at https://www.fda.gov/news-events/press-announcements/fda-releases-action-plan-reducing-exposure-toxic-elements-foods-babies-young-children.

        9.      Attached hereto as **Exhibit H** is a true and correct copy of the FDA's March 5, 2021 publication entitled "FDA Announces New Actions Aimed at Further Reducing Toxic Elements in Food for Babies, Young Children." It is publicly accessible on the FDA's website at https://www.fda.gov/news-events/press-announcements/fda-announces-new-actions-aimed-further-reducing-toxic-elements-food-babies-young-children.

        10.     Attached hereto as **Exhibit I** is a true and correct copy of the FDA's January 24, 2023 publication entitled "FDA Announces Action Levels for Lead in Categories of Processed Baby Foods." It is publicly accessible on the FDA's

website at https://www.fda.gov/news-events/press-announcements/fda-announces-action-levels-lead-categories-processed-baby-foods.

11. Attached hereto as **Exhibit J** is a true and correct copy of the article entitled "Lead and Cadmium Could Be in Your Dark Chocolate," authored by Kevin Loria and published by Consumer Reports on December 15, 2022. It is publicly accessible on Consumer Reports' website at https://www.consumerreports.org/health/food-safety/lead-and-cadmium-in-dark-chocolate-a8480295550/, and cited in footnote 8 of Plaintiffs' Complaint and again repeatedly throughout.

12. Attached hereto as **Exhibit K** is a true and correct copy of the January 2023 Consumer Reports publication entitled "Test Methodology: Heavy Metals in Chocolate Bars." It is publicly accessible on Consumer Reports' website at https://article.images.consumerreports.org/image/upload/v1672933163/prod/content/dam/CRO-Images-2022/Special%20Projects/Consumer_Reports_Test_Methodology_for_Heavy_Metals_in_Chocolate_Bars_-_January_2023.pdf, and cited in footnote 12 of Plaintiffs' Complaint.

13. Attached hereto as **Exhibit L** is a true and correct copy of a screenshot of As You Sow's purported 2022 test results, filtered to "Trader Joe's," as published on As You Sow's website at https://www.asyousow.org/environmental-health/toxic-enforcement/toxic-chocolate#chocolate-tables, and cited in paragraph 133 and footnote 62 of Plaintiffs' Complaint.

14. Attached hereto as **Exhibit M** is a true and correct copy of the California Office of Environmental Health Hazard Assessment's ("OEHHA") August 1, 2017 publication entitled "Proposition 65 in Plain Language." It is publicly accessible on OEHHA's website at https://oehha.ca.gov/proposition-65/general-info/proposition-65-plain-language.

15. Attached hereto as **Exhibit N** is a true and correct copy of the front and back label designs for Trader Joe's The Dark Chocolate Lover's Chocolate Bar,

Trader Joe's 73% Cacao Super Dark Dark Chocolate Bar, Trader Joe's Swiss 72% Cacao Dark Chocolate Bar, and Trader Joe's Pound Plus 72% Cacao Dark Chocolate Bar.  Images of the front labels of these products appear in paragraph 69 of Plaintiffs' Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 12, 2023, at Los Angeles, California.

By:  */s/ Dawn Sestito*
       Dawn Sestito