1  **BURSOR & FISHER, P.A.**
2  L. Timothy Fisher (State Bar No. 191626)
   Luke Sironski-White (State Bar No. 348441)
3  1990 North California Boulevard, Suite 940
   Walnut Creek, CA  94596
4  Telephone: (925) 300-4455
5  Facsimile:  (925) 407-2700
   E-Mail: ltfisher@bursor.com
6           lsironski@bursor.com
7
8  **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
   Rebecca A. Peterson (State Bar No. 241858)
9  100 Washington Avenue South, Suite 2200
   Minneapolis, MN 55401
10 Telephone: (612) 339-6900
11 E-mail: rapeterson@locklaw.com
12
   *Attorneys for Plaintiffs*
13
14 *(Additional Counsel listed on Signature Page)*

15              **UNITED STATES DISTRICT COURT**

16             **SOUTHERN DISTRICT OF CALIFORNIA**

17
                                      Case No. 3:23-cv-00061-RBM-KSC
18
                                      **PLAINTIFFS' NOTICE OF**
19  IN RE TRADER JOE'S COMPANY        **SUPPLEMENTAL AUTHORITY**
    DARK CHOCOLATE LITIGATION
20                                    Honorable Ruth Bermudez Montenegro
21
22

23       PLEASE TAKE NOTE that Plaintiffs, after obtaining leave of court in
24 accordance with Civil Chambers Rule III.D., respectfully write to bring the following
25
26 Supplemental Authority concerning a recent order issued by the Ninth Circuit,
27 reversing and remanding the Southern District of California's dismissal of a second
28

amended class action complaint, filed in *Souter v. Edgewell Personal Care Company*, Appeal No. 22-55898, 2023 WL 5011747 (9th Cir. Aug. 7, 2023). This Supplemental Authority is in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss the Consolidated Class Action Complaint (Dkt. 35), which is under submission. The order is attached hereto as Exhibit 1.

Dated: August 21, 2023                           Respectfully Submitted,

By: */s/ Rebecca A. Peterson*
     Rebecca A. Peterson

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Rebecca A. Peterson (State Bar No. 241858)
Robert K. Shelquist
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
E-mail: rapeterson@locklaw.com
     rkshelquist@locklaw.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Luke Sironski-White (State Bar No. 348441)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
     lsironski@bursor.com

|     |     |
| --- | --- |
| 1   | **GEORGE FELDMAN** |
| 2   | **MCDONALD, PLLC** |
|     | Lori G. Feldman |
| 3   | 102 Half Moon Bay Drive |
| 4   | Croton-on-Hudson, NY 10520 |
|     | Telephone: (917) 983-9321 |
| 5   | E-mail: LFeldman@4-Justice.com |
| 6   | **GEORGE FELDMAN** |
| 7   | **MCDONALD, PLLC** |
|     | David J. George |
| 8   | Brittany L. Brown |
| 9   | 9897 Lake Worth Road, Suite #302 |
|     | Lake Worth, FL 33467 |
| 10  | Telephone: (561) 232-6002 |
| 11  | E-mail: DGeorge@4-Justice.com |
|     |          BBrown@4-justice.com |
| 12  |     |
| 13  | **FREED KANNER LONDON** |
|     | **AND MILLEN, LLC** |
| 14  | Jonathan M. Jagher |
| 15  | 923 Fayette Street |
|     | Conshohocken, PA 19428 |
| 16  | Telephone: (610) 234-6486 |
| 17  | E-mail: jjagher@fklmlaw.com |
| 18  |     |
|     | **GUSTAFSON GLUEK PLLC** |
| 19  | Daniel E. Gustafson |
| 20  | Catherine Sung-Yun K. Smith |
|     | Shashi Gowda |
| 21  | 120 South Sixth Street, Suite 2600 |
| 22  | Minneapolis, MN 55402 |
|     | Telephone: (612) 333-8844 |
| 23  | Facsimile:  (612) 339-6622 |
| 24  | E-mail: dgustafson@gustafsongluek.com |
|     |          csmith@gustafsongluek.com |
| 25  |          sgowda@gustafsongluek.com |
| 26  |     |
| 27  |     |
| 28  |     |

|   |   |
|---|---|
| 1 | **WEXLER BOLEY & ELGERSMA LLP** |
| 2 | Kenneth A. Wexler |
|   | Kara A. Elgersma |
| 3 | 311 S. Wacker, Suite 5450 |
| 4 | Chicago, IL 60606 |
|   | Telephone: (312) 346-2222 |
| 5 | Facsimile: (312) 346-0022 |
| 6 | E-mail: kaw@wbe-llp.com |
|   | kae@wbe-llp.com |

<div style="margin-left: 2em;">

**WEXLER BOLEY & ELGERSMA LLP**
Kenneth A. Wexler
Kara A. Elgersma
311 S. Wacker, Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
E-mail: kaw@wbe-llp.com
 kae@wbe-llp.com

**BARRACK, RODOS & BACINE**
Stephen R. Basser
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
E-mail: sbasser@barrack.com

**FREED KANNER LONDON AND MILLEN, LLC**
Steven A. Kanner
Nia-Imara Binns
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
E-mail: skanner@fklmlaw.com
 nbinns@fklmlaw.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Nick Suciu
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
Telephone: (313) 303-3472
E-mail: nsuciu@milberg.com

</div>

**LEVI & KORSINSKY, LLP**
Mark S. Reich
Courtney E. Maccarone
55 Broadway, 4th Floor, Suite 427
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
E-mail: mreich@zlk.com
    cmaccarone@zlk.com

**THE SULTZER LAW GROUP P.C.**
Jason P. Sultzer
Daniel Markowitz
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Telephone: (845) 483-7100
Facsimile: (888) 749-7747
E-mail: sultzerj@thesultzerlawgroup.com
    markowitzd@thesultzerlawgroup.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462
E-mail: klaukaitis@laukaitislaw.com

**FITZGERALD JOSEPH LLP**
Jack Fitzgerald
Paul K. Joseph
Melanie Persinger
Trevor M. Flynn
Caroline S. Emhardt
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Telephone: (619) 215-1741
E-mail: jack@fitzgeraldjoseph.com
    paul@fitzgeraldjoseph.com
    melanie@fitzgeraldjoseph.com
    trevor@fitzgeraldjoseph.com

**LEVIN SEDRAN & BERMAN LLP**
Charles E. Schaffer
510 Walnut St., Suite. 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
E-mail: cschaffer@lfsblaw.com

**LIPPSMITH LLP**
Graham B. LippSmith
MaryBeth LippSmith
Jaclyn L. Anderson
555 S. Flower Street, Suite 4400
Los Angeles, CA  90071
Telephone: (213) 344-1820
Facsimile: (213) 513-2495
E-mail: g@lippsmith.com
         mb@lippsmith.com
         jla@lippsmith.com

**ALMEIDA LAW GROUP LLC**
David S. Almeida (*Pro Hac Vice*)
Elena A. Belov (*Pro Hac Vice*)
849 W. Webster Avenue
Chicago, IL 60614
Telephone: (312) 576-3024
E-mail: david@almeidalawgroup.com
         elena@almeidalawgroup.com

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King
Matthew B. George
Blair E. Reed
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
E-mail: lking@kaplanfox.com
         mgeorge@kaplanfox.com
         breed@kaplanfox.com

**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss (*Pro Hac Vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
E-mail: jstrauss@kaplanfox.com

**KUZYK LAW, LLP**
Michael D. Braun
1999 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067
Telephone: (213) 401-4100
Facsimile: (213) 401-0311
E-mail: mdb@kuzykclassactions.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Rebecca A. Peterson*
Rebecca A. Peterson