DAWN SESTITO (S.B. #214011)
dsestito@omm.com
R. COLLINS KILGORE (S.B. #295084)
ckilgore@omm.com
DANIELLE R. FEUER (S.B. #324174)
dfeuer@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California  90071-2899
Telephone:  +1 213 430 6000
Facsimile:   +1 213 430 6407

Attorneys for Defendant
Trader Joe's Company

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRADER JOE'S COMPANY DARK CHOCOLATE LITIGATION | Case No. 3:23-cv-00061-RBM-KSC<br><br>**DEFENDANT TRADER JOE'S COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>Judge:  Ruth Bermudez Montenegro |

With leave of the Court (Dkt. 41), Defendant Trader Joe's Company ("Trader Joe's") hereby submits the attached supplemental authority for the Court's consideration, namely, this District's recent decision in *Eva Grausz v. The Hershey Company*, Case No. 3:23-cv-00028-AJB-SBC (S.D. Cal. Sept. 11, 2023), granting in part and denying in part The Hershey Company's motion to dismiss the complaint.  This supplemental authority is submitted in further support of Trader Joe's pending Motion to Dismiss the Consolidated Class Action Complaint (Dkt. 34).

| | |
|---|---|
| Dated: September 15, 2023 | Respectfully submitted,<br><br>**O'MELVENY & MYERS LLP**<br>DAWN SESTITO<br>R. COLLINS KILGORE<br>DANIELLE R. FEUER<br><br>By: _/s/ Dawn Sestito_<br>Dawn Sestito<br>Attorneys for Defendant<br>Trader Joe's Company |