## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Trader Joe's Company Dark Chocolate Litigation | Case No. 3:23-cv-00061 |

### <u>MOTION TO WITHDRAW AS ATTORNEY</u>

Pursuant to Local Rules 83.17, attorney David C. Magagna, Jr., for Plaintiffs Valerie Morrison, Tamakia Herd, Vyacheslav Shausmanov, Robert L. Waring, and Rome Ish-Hurwitz, respectfully requests his appearance be withdrawn from this matter.

WHEREFORE, Plaintiffs Valerie Morrison, Tamakia Herd, Vyacheslav Shausmanov, Robert L. Waring, and Rome Ish-Hurwitz respectfully request that the appearance of David C. Magagna, Jr. in this matter be withdrawn.


Respectfully submitted,

Dated: 04/09/2024                    By:    */s/ David C. Magagna*
David C. Magagna, Jr., Esquire
Tel: (215)592-1500
Fax: (215)592-4663

## CERTIFICATE OF SERVICE

I hereby certify that on April 09, 2024, a true and correct copy of the Withdrawal of Appearance was filed with the Clerk of Court through the Court's Electronic Filing System and served on all counsel of record using the CM/ECF system.


Dated: 04/09/2024                                          */s/ David C. Magagna*
                                                           David C. Magagna, Jr., Esquire
                                                           Tel: (215)592-1500
                                                           Fax: (215)592-4663