# EXHIBIT 5



# TOTAL DIET STUDY REPORT





**Fiscal Years 2018-2020 Elements Data**

July 2022

TJID 20240823_0000448

# Table of Contents

Executive Summary.........................................................................................................................4

Acknowledgements .......................................................................................................................6

   1. Introduction ............................................................................................................................7

      1.1 History ..........................................................................................................................7

      1.2 Modernization .............................................................................................................8

   2. Study Design ..........................................................................................................................9

      2.1 Sample Collection .......................................................................................................9

      2.2 Foods ..........................................................................................................................11

      2.3 Sample Preparation ...................................................................................................13

   3. Analytical Methods...............................................................................................................14

   4. Analytical Results ................................................................................................................16

      4.1 Data Characterization and Summary by Analyte ......................................................16

         4.1.1 Selected Nutrient Elements............................................................................18

         4.1.2 Selected Toxic Elements .................................................................................20

      4.2 Data Characterization and Summary for Selected Food Groups ..............................21

         4.2.1 Nutrient Elements in Selected Food Groups ..................................................21

         4.2.2 Toxic Elements in Selected Food Groups........................................................23

      4.3 New and Changed TDS Foods ...................................................................................26

      4.4 Additional Samples of Baby Foods ...........................................................................27

   5. Conclusion.............................................................................................................................28

   6. References .............................................................................................................................29

Appendices ...................................................................................................................................31

Appendix A: Study Design............................................................................................................31

Appendix B: Summary of Analytical Methods and Reporting Limits for Elements.......................44

TJID 20240823_0000449

Case 3:23-cv-00061-RBM-DTF    Document 86-4    Filed 08/27/24    PageID.849    Page 4 of 31


# List of Tables

Table 1: Fiscal Years 2018-2020 TDS Regional Collection Overview ................................................. 11

Table 2: Types and Examples of TDS Foods ................................................................................. 13

Table 3: Summary of Analytical Results for Elements ................................................................... 17

Table 4: Arsenic Speciation Analytical Results for Baby Foods ...................................................... 27

Appendix A – Table 5: TDS Foods, Collection Amounts, and Preparation Information ..................... 31

Appendix A – Table 6: Fiscal Years 2018-2020 FDA TDS Collection Sites ....................................... 42

Appendix B – Table 7: Analytical Methods and Reporting Limits for Elements in Foods and Beverages ...... 44

Appendix B – Table 8: Analytical Methods and Reporting Limits for Elements in Water ................... 46

Appendix B – Table 9: Arsenic Speciation Analytical Methods and Reporting Limits ....................... 47

Appendix B – Table 10: Select Foods and Total Arsenic Levels Resulting in Arsenic Speciation ......... 48

# List of Figures

Figure 1: TDS Regions ................................................................................................................. 9

Figure 2: One year of TDS Sampling .......................................................................................... 10

Figure 3: TDS Sample Collection and Preparation ....................................................................... 14

Figure 4: Elements Analyzed for in Food, Beverage, and Water Matrices ...................................... 15

Figure 5: Iodine Concentration Ranges in TDS Breads with High Mean Concentrations of Iodine .......... 19

Figure 6: Selected Nutrient Elements, Percent Detects/Non-detects in Vegetables .......................... 21

Figure 7: Selected Nutrient Elements, Percent Detects/Non-detects in Fruits ................................. 22

Figure 8: Selected Nutrient Elements, Percent Detects/Non-detects in Dairy ................................. 22

Figure 9: Selected Toxic Elements, Percent Detects/Non-detects in Vegetables .............................. 23

Figure 10: Vegetables (10) with Highest Mean Cadmium Concentrations ...................................... 24

Figure 11: Selected Toxic Elements, Percent Detects/Non-detects in Fruits .................................... 24

Figure 12: Fruits (10) with Highest Mean Total Arsenic Concentrations ......................................... 25

Figure 13: Selected Toxic Elements, Percent Detects/Non-detects in Dairy .................................... 25

TJID 20240823_0000450

# Executive Summary

This report summarizes the analytical results for elements from the United States (US) Food and Drug Administration's (FDA) Total Diet Study (TDS) for fiscal years 2018 through 2020. The TDS is a continuous survey and one of the tools FDA uses to monitor the food supply. For the TDS, FDA collects foods from retail outlets and measures concentrations of various nutrients and contaminants in the food. The TDS was first conducted in 1961 and has been improved and expanded over the years. In 2013 the US FDA began modernizing the TDS and in fiscal year 2018, a modernized study design was implemented. Key updates to the TDS include streamlined analytical methods, a population-based sampling plan, an updated food list, and a system for relating TDS data to data from What We Eat In America (WWEIA), the food consumption portion of the National Health and Nutrition Examination Survey (NHANES). The new approach will allow for more accurate dietary exposure assessments.

The modernized TDS increased surveillance of the US food supply. For fiscal years 2018 through 2020 FDA conducted 87 food collections that resulted in a total of 3276 food samples (including foods, beverages, and water). This report provides the analytical results for elements from 3241 samples of 305 foods and beverages analyzed for 21 element analytes (68061 analytical results), as well as 35 samples of bottled water (both bottled water and bottled water specifically intended for infants) analyzed for 22 element analytes (770 analytical results). A subset of 54 samples were further analyzed for 3 arsenic species (162 arsenic speciation analytical results).

**The toxic elements lead, arsenic, cadmium, and mercury were not detected (ND) in the majority of analytical results (68%):**

- Lead was detected in 15% of the samples with results ranging from ND to 164 ppb (the next highest lead level detected was 63 ppb).

- Arsenic was detected in 43% of the samples with results ranging from ND to 10900 ppb (the next highest arsenic level detected was 9100 ppb). The results of the subset of samples further analyzed for inorganic arsenic ranged from 6.1 to 103 ppb (the next highest inorganic arsenic level detected was 90 ppb).

- Cadmium was detected in 61% of samples with results ranging from ND to 400 ppb (the next highest cadmium level detected was 300 ppb).

- Mercury was only detected in 8% of samples, with results ranging from ND to 250 ppb (the next highest level of mercury detected was 220 ppb).

TJID 20240823_0000451

**For the TDS foods with FDA Action Levels (AL) or Standards, all results fall below the established levels/standards established by FDA:**

- Action Levels: apple juice (10 ppb lead, 10 ppb inorganic arsenic), chocolate and hard candy (100 ppb lead), and infant rice cereal (100 ppb inorganic arsenic).

- Bottled water standards: 5 ppb lead, 10 ppb arsenic, 5 ppb cadmium, 2 ppb mercury.

In fiscal year 2019, additional sampling of baby foods was conducted as part of TDS. Of the 384 samples collected for this project, 65% of the associated analytical results for lead, arsenic, cadmium, and mercury had no detectable levels (and as noted above, none of the results exceeded the AL for inorganic arsenic in infant rice cereal). Bottled water intended for infants had no detectable levels of lead, arsenic, cadmium, nor mercury. The results suggest there are no significant regional or seasonal differences in analyte concentrations in foods intended for babies.

TJID 20240823_0000452

# Acknowledgements

**TDS Report Preparation Team:**

Sarah Winfield,[1] Dana Hoffman-Pennesi,[1] Marc Boyer,[1] Judith Spungen,[1] Jeannie Vonderbrink,[2] Terry Councell,[1, 3] Edward Nyambok,[1] Alexandra Gavelek,[1] Kara Cooper,[2] and Dawn Kato[2]

**Report Advisors[1]:**

Mark Wirtz, Sherri Dennis, and Conrad Choiniere

This document is the first analytical report of the United States (US) Food and Drug Administration's (FDA) modernized Total Diet Study (TDS). The TDS could not be accomplished without the collaboration and partnership of many individuals. We thank the staff of the FDA Office of Regulatory Affairs (ORA) Field Offices for collection of food and the FDA Center for Food Safety and Applied Nutrition (CFSAN) Office for Regulatory Science's Division of Bioanalytical Chemistry for expert advice on analytical methods. We greatly appreciate the expert guidance from the CFSAN Office of Analytics and Outreach's Biostatistics Team for assistance with statistical analysis of the data for this report. We thank the members of the **Kansas City Laboratory (KCL) Sample Preparation Group**[2]: Jeannie Vonderbrink, Andrea Cooling, Stephen Grau, Roy Rexwinkle,[4] Derrionna Epps,[4] Kena Senegal,[4] My-An Pham, Alicia Frees, Naomi Wells, and Kristy Richards, for sample preparation and the **KCL Elemental Analysis Group**[2]: Sean Ryan, Daniel Hurt, Elizabeth Thompson, Sylvester Mapulanga, Cynthia Smith, Stephen Grau, My-An Pham, and Dawn Kato for analyzing samples for elements.

1. Food and Drug Administration (FDA), Center for Food Safety and Applied Nutrition (CFSAN), Office of Analytics and Outreach (OAO)
2. FDA, Office of Regulatory Affairs (ORA), Kansas City Laboratory (KCL)
3. TDS Coordinator, FDA/CFSAN/OAO
4. Contractor, FDA/ORA/KCL

# 1. Introduction

Food safety is a key public health responsibility of the United States (US) Food and Drug Administration (FDA). The FDA Total Diet Study (TDS) is one of the FDA's monitoring and surveillance tools that contribute to a safe food supply and has been conducted continuously since 1961. For the TDS, the FDA collects foods from retail outlets (such as grocery stores, warehouse stores, liquor stores and restaurants) and measures the concentrations[5] of various analytes in the collected foods. The TDS data are used to:

- Monitor the food supply and provide information on historical concentrations of nutrients and contaminants in foods,

- Evaluate trends in concentrations of nutrients and contaminants in specific foods over time,

- Estimate dietary exposure to those substances for the overall population and for selected subpopulations for specific time periods and over time, and

- Identify foods in need of more targeted sampling or monitoring.

Additionally, the samples collected through the TDS may be used as convenience samples for special testing efforts, for example FDA has analyzed multiple TDS collections for per-and polyfluoroalkyl substances (FDA, 2022a). Due to the study design and composited nature of the samples, FDA does not take regulatory actions based on TDS results. The TDS complements and informs the FDA compliance program, which is responsible for regulatory action.

Two unique aspects of the TDS are that many of the foods are prepared as they would be consumed (table-ready) prior to analysis, and in the modernized TDS, food ingredients are also collected and analyzed. Using recipes, the analyzed food ingredients can be used to calculate levels in multi-ingredient foods. The analytical results of these table-ready and ingredient foods provide the basis for estimates of the dietary intake of TDS analytes by US subpopulations.

## 1.1   History

The TDS has evolved over the decades of its existence. At first, all foods collected were combined to form a single composite sample, representing a total diet. Beginning in 1962, the foods were categorized into food groups to form food group composite samples that were then analyzed. In 1982, the study was modified to analyze each food individually, rather than analyzing food group composites. This approach provided, for the first time, information about analyte concentrations in specific foods, and the ability to determine contributions of each food to total dietary exposure.

---

5. The word "concentration" and "level" are used interchangeably in this report; an example of a concentration/level is 1 milligram (mg) of an analyte in 1 kilogram (kg) of a sample (which could be referred to as 1 mg/kg or 1 part per million, or 1 ppm). Another example is 1 microgram (µg) of an analyte in 1 kg of a sample (which could be referred to as 1 µg/kg or 1 part per billion or 1 ppb).

TJID 20240823_0000454

Historically, FDA collected samples in each of four regions (North Central, West, South and Northeast) each year for the TDS. For each regional collection, food was purchased from retail outlets in three different cities within the region. Analysts prepared the foods in the same way consumers prepare the foods at home, and combined samples to form a single composite sample for each food. Each year, different cities were selected within each region to provide greater geographic coverage in the TDS. The number of different foods sampled in the TDS increased over time and the list of foods was updated periodically to reflect changing eating patterns in the US.

TDS is a collaborative effort among FDA offices in the Washington, DC area and FDA regional and district offices and laboratories across the US. FDA's Center for Food Safety and Applied Nutrition (CFSAN) in College Park, MD provides overall management of the TDS and summarizes the analytical results. The FDA Kansas City Laboratory (KCL) in Lenexa, KS prepares and analyzes the samples for elements. The TDS relies on the FDA Office of Regulatory Affairs (ORA), which oversees district offices and laboratories across the US for providing the personnel to collect TDS samples from local retail outlets and shipping them to KCL.

## 1.2  Modernization

Beginning in 2013, the FDA began planning and implementing changes to the TDS to improve the data generated. TDS's updated analytical methods can detect and differentiate elements at lower levels (increased sensitivity), have improved accuracy (decreased interference from food matrices) and have increased efficiency (more analytes measured per method, so more cost effective).

FDA also changed the TDS sampling plan from convenience-based sampling (all foods collected in one of four regions at the same time each year) to population-based sampling. For population-based sampling "regional foods" are collected in six regions (approximately equal in population) twice per year to account for where people live and seasonality. Additionally, foods identified as nationally-distributed ("national foods") are collected once per year near Kansas City Laboratory. These changes have enabled FDA to collect more TDS samples and to explore whether there are regional and/or seasonal differences across analytical results.

The food lists were also updated to focus on foods that are highly consumed and foods that are used as ingredients in foods. Examples of foods added to TDS food lists include soy milk, almond milk, kale, cocoa powder, baking powder and cashews. Examples of foods dropped from the food list due to low consumption include sherbet, rye bread, and liver. For some foods, the form of the food to be analyzed changed. For example, for foods found to have greater consumption in the raw form than in the cooked form, such as spinach and cabbage, the TDS food description and form analyzed changed from "cooked" to "raw."

## 2. Study Design

### 2.1  Sample Collection

The current study design includes six regions (West, North Central, Mid-Atlantic, Northeast, Southeast, and Southwest). These regions have approximately equal population sizes, and include all 50 US states as potential sampling sites (see Figure 1). This means that Alaska and Hawaii have the potential to be chosen for TDS sampling for the first time in the history of the TDS.



Figure 1: TDS Regions

Additionally, based on the updated sampling plan, the regional foods are collected from each region during each of two seasons. TDS seasons are six months each: the "winter" season applies to October through March collections, and the "summer" season applies to April through September collections. Over time, TDS data will provide information on potential seasonal and/or regional variation and/or trends in analyte concentrations in foods.

In the modernized TDS study design, regional foods are collected each month. Since there are six regions and two seasons, the goal is to collect from each region in the winter and summer seasons each year, as depicted in Figure 2.

TJID 20240823_0000456

# Sampling Plan by Fiscal Year



Figure 2: One year of TDS Sampling

A typical reporting cycle would include two years of sampling. However, for the fiscal years 2018-2020 TDS reporting cycle, the federal government furlough in December 2018/January 2019 and the COVID-19 pandemic in 2020 prevented collections eight times, which led to the reporting cycle including more than two years. Additional challenges were weather events, which led to some regions being sampled twice in a season, and others not being sampled during a season. Table 1 provides an overview of the regional collections for the fiscal years 2018-2020 TDS reporting cycle (also referred to as the FY2018-FY2020 TDS reporting cycle in this report). For a more detailed table that includes collection locations, and the national collections, see Appendix A, Table 6.

TJID 20240823_0000457

Table 1: Fiscal Years 2018–2020 TDS Regional Collection Overview

| Collection | Month | Season | TDS Region, FY2018 | TDS Region, FY2019 | TDS Region, FY2020 |
|---|---|---|---|---|---|
| 1 | October | Winter | Mid-Atlantic | West | Northeast |
| 2 | November | Winter | North Central | Southeast | Southwest |
| 3 | December | Winter | Southeast | Northeast | Mid-Atlantic |
| 4 | January | Winter | Southwest | N/A[6] | West |
| 5 | February | Winter | Southeast | N/A[6] | North Central |
| 6 | March | Winter | Northeast | Mid-Atlantic | Southeast |
| 7 | April | Summer | West | Southeast | N/A[7] |
| 8 | May | Summer | Northeast | North Central | N/A[7] |
| 9 | June | Summer | Southwest | West | N/A[7] |
| 10 | July | Summer | Mid-Atlantic | Northeast | N/A[7] |
| 11 | August | Summer | West | Mid-Atlantic | N/A[7] |
| 12 | September | Summer | North Central | Southwest | N/A[7] |

For each regional collection, three cities are identified in the selected region as collection locations. The cities are chosen randomly under a plan in which more populated areas are more likely to be chosen as collection locations. Once these cities are chosen, three residential addresses are selected at random within the selected cities. After that, retail outlets (i.e., grocery stores, warehouse stores, liquor stores and restaurants) are identified that represent the most likely food shopping options near the selected residential addresses. The list of retail outlets is prioritized for FDA collectors so they can purchase the food samples efficiently. The TDS collects the same list of foods from each of the three selected cities within each region and ships the TDS collections to the Kansas City Laboratory.

## 2.2  Foods

Across the FY2018-FY2020 TDS reporting cycle, there were 307 foods sampled and analyzed (including foods, beverages, and water; see Appendix A, Table 5 for a complete list of these foods). For this reporting cycle,

---

6.  N/A – Not applicable. The US federal government shutdown December 22, 2018 to January 25, 2019; during this time, many federal workers were furloughed; this period of furlough prevented the January and February 2019 collections.
7.  The COVID-19 pandemic limited FDA sampling to mission critical samples only; this prevented the April through September 2020 collections.

TJID 20240823_0000458

259 of the 307 foods were collected in all 3 years and are classified as core foods; whereas other foods were deleted (7) and/or added (18).

Changes to the foods collected were made to:

- add foods that are highly consumed by the US population or subpopulations (e.g., soy milk, coconut water),

- remove foods that are not highly consumed by the US population or subpopulations (e.g., liver, sherbert),

- include foods that are ingredients in multi-ingredient foods (e.g., chicken broth, sea salt, iodized salt, baking powder), and

- allow for continuity and trend analyses across TDS reporting cycles (i.e., approximately 70% of foods were continued from 2017 into this reporting cycle).

Approximately 70% of the foods in the FY2018-FY2020 remained the same as those collected prior to this reporting cycle. The information sources that informed decisions about what foods were added, removed and retained include:

- What We Eat in America (WWEIA), the dietary interview portion of the US Centers for Disease Control and Prevention's National Health and Nutrition Examination Survey (NHANES),

- the Environmental Protection Agency's (EPA's) Food Commodity Intake Database (FCID), and

- TDS analyte trends from past reporting cycles.

The foods were then collected according to the list the food was on:

- Regional Food List: includes foods likely to have analyte concentrations that vary by location or by time of year and are collected once a month.

- National Food List: includes foods not likely to have analyte concentrations that vary by location or by time of year and are collected once a year.

- Additional Food List: includes foods that are part of a project to obtain additional information about a particular type of food. For example, additional baby foods were collected in FY2019 as part of regional collections 2, 6, 8, 10 and 12 (see Appendix A, Table 6 for additional information about these collections).

Table 2 groups foods into categories to provide an overview of the breadth of foods collected as part of the TDS.

Table 2: Types and Examples of TDS Foods

| Food Type | Number of Foods | Examples |
|---|---|---|
| Alcohol | 5 | Beer, Whiskey/Scotch, Red wine, White wine |
| Baby Food (BF) | 62 | BF peaches, BF apples, BF macaroni and cheese with vegetables, BF turkey and rice |
| Bakery | 14 | Blueberry muffin, Pumpkin pie, Sugar cookies, Doughnut |
| Beverages | 15 | Tea, Coffee, Coconut water, Energy drink |
| Candy/Sweets | 7 | Chocolate bar, Fruit snack candies, Fruit-flavored popsicle, Hard candy |
| Condiments/Sauces | 17 | Ketchup, Chocolate syrup, Ranch dressing, Soy sauce |
| Dairy | 22 | Whole milk, Butter, Cottage cheese, Yogurt |
| Fruit | 24 | Apples, Bananas, Cantaloupe, Mango |
| Grains | 35 | Rice, Oatmeal, Saltine crackers, Corn tortillas |
| Ingredient | 10 | Sugar, Olive oil, Breadcrumbs, Chicken broth |
| Meat | 16 | Ground beef, Turkey breast, Frankfurter, Bacon |
| Mixture | 13 | Cream of mushroom soup, Chili con carne with beans, Pork and beans, Macaroni and cheese |
| Nuts/Seeds | 5 | Peanuts, Sunflower seeds, Walnuts, Almonds |
| Restaurant-food | 7 | Chicken nuggets, French fries, Vanilla milk share, Pizza |
| Seafood | 7 | Fish sticks, Salmon, Canned tuna, Tilapia |
| Vegetable | 46 | Cauliflower, Mushrooms, Garlic, Chickpeas |
| Water | 2 | Bottled water, BF water |

## 2.3  Sample Preparation

To ensure there is enough of each sampled food for analysis, a substantial amount of each food is collected. For example, the Kansas City Laboratory (KCL) receives 6 medium pizzas every regional collection and 8 cans of chickpeas for the national collection. A regional collection weighs over 1000 lbs., and a national collection over 800 lbs. (see Appendix A, Table 5 for more information about amounts collected).

TJID 20240823_0000460

After food samples are received at KCL, they are unpackaged and inspected. Many foods are prepared and cooked in the same ways consumers prepare their food. For example, bananas are peeled, meats are cooked, eggs are hard-boiled and then peeled, and brownies are made from a box mix. For foods prepared with water, such as condensed soups, deionized water is used (see Appendix A, Table 5 for more information about how each food is prepared). Following any necessary cooking steps, foods are then prepared for analysis by homogenizing the food. Homogenization methods vary depending on the food. For example, juices and baby foods are mixed in a bowl with a spoon, whereas cheese and meat are blended in an industrial food processor (knife mill). For regional foods, equal portions of these foods from each collection city are combined to form the composite sample. Figure 3 below depicts how samples are collected and prepared.



Figure 3: TDS Sample Collection and Preparation

## 3. Analytical Methods

After foods are prepared and combined into composite samples, they are digested and analyzed using the methods described in the FDA Elemental Analysis Manual (EAM) for Food and Related Products (FDA, 2022b). Across all foods (which include foods, beverages, and water) samples are analyzed for 25 element analytes. However, analytical methods and analytes differ for TDS food/beverage matrices and water matrices. The analytical methods used to analyze food/beverage matrices are Inductively Coupled Plasma-Atomic Emission Spectroscopy (ICP-AES) and Inductively Coupled Plasma-Mass Spectrometry (ICP-MS) referenced in EAM 4.12. Although the analytical methods used to analyze water matrices are also ICP-AES and ICP-MS, the analytes and instruments are different (referenced in EAM 4.4). Additional information on these analytical methods is provided in Appendix B, Tables 7 and 8.

The difference in analytes analyzed for in foods/beverages versus water matrices is based on the chemical properties of analytes and historical information for each analyte – whether the analytes can exist and/or be efficiently analyzed in the matrix and/or whether the analyte has been found in the matrix. Figure 4 shows the 18 elements analyzed for in all foods (the intersection of the two circles), the 21 elements analyzed for in foods/beverages (left circle), and the 22 elements analyzed for in water (right circle). The additional four elements analyzed for in water only (far right side of right circle) are elements identified in the bottled water regulations, 21 CFR 165.110.



Figure 4: Elements Analyzed for in Food, Beverage, and Water Matrices

Furthermore, certain food samples (i.e., rice-containing foods, juice, and wine) that exceeded a specified level of total arsenic (e.g., 10 ppb for juice) were analyzed further to speciate the arsenic, using the analytical method High Performance Liquid Chromatography-Inductively Coupled Plasma-Mass Spectrometry (HPLC-ICP-MS). Additional information on the arsenic speciation analytical methods is provided in Appendix B, Table 9, and additional information on the select foods and total arsenic levels that result in arsenic speciation is provided in Appendix B, Table 10.

All element analytes are analyzed for "total" amount of that analyte (e.g., whether mercury is bound to other elements is not a consideration, the analytical method determines the concentration of mercury in the sample). Even though all element analytes are analyzed for "total," only arsenic is described as "total arsenic," because this is the only analyte in the TDS further analyzed for specific forms of the analyte.

While TDS analytical methods are sensitive, they do not confirm the complete absence of an analyte. Analyte concentrations below reporting limits are described as "not detected" or "non-detects" (ND) in this report

(versus detectable levels or "detects" or "D"). The reporting limits are administrative limits, based on limit of detection (LOD) and limit of quantification (LOQ) values across analyses.

# 4. Analytical Results

For the FY2018-FY2020 reporting cycle, 307 foods (including foods, beverages, and water) were sampled up to 27 times each, resulting in a total of 3276 composite food samples. These samples were analyzed for 25 elements (excluding arsenic speciation, which included 3 additional analytes), resulting in 68831 analytical results for elements (and an additional 162 arsenic speciation analytical results).

FDA conducted arsenic speciation for some samples based on the food as well as the level of total arsenic found in the sample. The samples considered for arsenic speciation are foods that are commonly eaten and where the total arsenic concentrations tend to be higher than other foods (FDA, 2016). The foods selected for arsenic speciation were rice-containing foods, juices, and wine.[8] FDA conducts arsenic speciation analyses because current research indicates exposure to inorganic arsenic is associated with more severe health effects than exposure to organic arsenic, although the toxicity of organic arsenic is an emerging area of science (FDA, 2020b).[9] Additional information on the select foods and total arsenic levels that result in arsenic speciation is provided in Appendix B, Table 10.

## 4.1  Data Characterization and Summary by Analyte

Table 3 summarizes the analytical results for elements in foods, which are analyzed for 25 element analytes (and some samples are further analyzed to speciate the total arsenic). Looking across the mean concentrations for all foods, the five foods with the highest mean concentration (using all analyzed samples for that food) are listed in descending order.[10] For a summary of analytical findings for each food, see the TDS website (FDA, 2022c), where the summary is available to download.

---

8.  One constraint on what foods are selected for arsenic speciation is whether an analytical method exists for that food matrix. Fish and seafood are types of food that tend to have total arsenic levels higher than other foods, however, the analytical methods used for the FY2018-FY2020 TDS data were not capable of speciating arsenic in fish and seafood.
9.  Total arsenic contains both inorganic and organic arsenic species (or compounds). Organic arsenic compounds contain the element carbon in addition to arsenic. Inorganic arsenic compounds contain a non-carbon element, such as oxygen, in addition to arsenic (FDA, 2020b).
10. For analytes only analyzed for in water (antimony, barium, beryllium, and thallium) there are up to two foods that can be listed (bottled water and baby food water).

TJID 20240823_0000463

Table 3: Summary of Analytical Results for Elements

| Analytes[11] | % Not Detected | Foods with Highest Mean Concentrations[12] |
|---|---|---|
| Antimony[13] | 26% | Bottled water |
| Arsenic (total)[14] | 57% | Baked cod; Canned tuna; Fish sticks; Baked salmon; Pre-cooked shrimp |
| Arsenic (inorganic)[14] | 0% | Crisped rice cereal; BF rice cereal (dry); White rice; BF puffed snacks; BF mixed cereal (multi-grain) |
| Barium[13] | 23% | Bottled water |
| Beryllium[13] | 97% | Bottled water |
| Cadmium | 39% | Sunflower seeds; Spinach; Potato chips; Leaf lettuce; French fries |
| Calcium | 1% | American cheese; BF teething biscuits; BF mixed cereal (multi-grain); Swiss cheese; Cheddar cheese |
| Chromium | 87% | Chocolate-flavored syrup; Sandwich cookies; Milk chocolate candy bar; BF sweet potato, apple & spinach pouch; American cheese |
| Copper | 19% | Sunflower seeds; Walnuts; Almonds; Infant formula (milk-based, dry); Peanuts |
| Iodine | 41% | Hamburger/hotdog buns (white); White bread (enriched, pre-sliced); Fruit-flavored popsicle; Baked cod; Swiss cheese |
| Iron | 9% | BF rice cereal (dry); BF mixed cereal (multi-grain); BF oatmeal cereal; Oat ring cereal; Crisped rice cereal |
| Lead | 86% | BF sweet potatoes; BF teething biscuits; Sandwich cookies; White wine; Ranch salad dressing (low-calorie) |
| Magnesium | 1% | Sunflower seeds; Almonds; Peanuts; Peanut butter; Walnuts |
| Manganese | 13% | BF oatmeal cereal; BF mixed cereal (multi-grain); Oat ring cereal; Sunflower seeds; Walnuts |
| Mercury | 93% | Canned tuna; Baked cod; Baked salmon; Pan-cooked catfish; Pre-cooked shrimp |

11. 18 analytes were analyzed for in all 3276 samples; four analytes (antimony, barium, beryllium and thallium) were only analyzed in water (35 samples) and three analytes (molybdenum, phosphorus, and vanadium) were not analyzed for in water (3241 samples). Inorganic arsenic was analyzed for in a subset of samples (see footnote c).

12. The five foods with the highest mean concentration are listed for each analyte, except for analytes only analyzed for in water (where up to two foods can be listed). Non-detects were included as zeros when calculating means. Foods with only one sample of the food during the FY2018-FY2020 reporting cycle were excluded from selection.

13. Antimony, barium, beryllium, and thallium are only analyzed for in water; all were found in bottled water, only thallium was found in BF water (bottled water intended for infants).

14. Total arsenic contains both inorganic and organic arsenic species. 54 samples where total arsenic exceeded a specified level were speciated, including white rice, crisped rice cereal, grape juice, white wine, and the following BFs: teething biscuits, rice cereal (dry and prepared), mixed cereal (multi-grain), grape juice and puffed snacks (TDS does not currently speciate fish and seafood samples); inorganic arsenic is reported in this table, for information on the two other arsenic speciation analytes (dimethylarsinic acid, DMA and monomethylarsonic acid, MMA) see the summary of analytical findings, available to download from the TDS website (FDA, 2022c). See Appendix B, Table 10 for additional information.

BF: Baby Food

| Analytes[11] | % Not Detected | Foods with Highest Mean Concentrations[12] |
|---|---|---|
| Molybdenum | 45% | Oat ring cereal; BF oatmeal cereal; Protein powder; Chickpeas; Soy milk |
| Nickel | 55% | Sunflower seeds; Walnuts; Oat ring cereal; BF oatmeal cereal; Honey oat ring cereal |
| Phosphorus | 1% | American cheese; Sunflower seeds; Swiss cheese; Biscuits; BF oatmeal cereal |
| Potassium | 1% | Potato chips; Raisins; Protein powder; Infant formula (milk-based, dry); Sunflower seeds |
| Selenium | 41% | Canned tuna; Sunflower seeds; Protein powder; Oven-cooked bacon; Pan-cooked pork chop |
| Sodium | 16% | Soy sauce; Salami; Oven-cooked bacon; Pretzels; American cheese |
| Strontium | 12% | Dill pickles; Olives; Almonds; Protein powder; Pan-cooked kale |
| Thallium[13] | 80% | Bottled water; BF water |
| Uranium | 75% | American cheese; BF teething biscuits; BF mixed cereal (multi-grain); BF oatmeal cereal; Honey oat ring cereal |
| Vanadium | 84% | American cheese; Red wine; White wine; Hard candy; Chocolate chip cookies |
| Zinc | 4% | Oat ring cereal; Honey oat ring cereal; BF teething biscuits; BF mixed cereal (multi-grain); BF oatmeal cereal |

---

11. 18 analytes were analyzed for in all 3276 samples; four analytes (antimony, barium, beryllium and thallium) were only analyzed in water (35 samples) and three analytes (molybdenum, phosphorus, and vanadium) were not analyzed for in water (3241 samples). Inorganic arsenic was analyzed for in a subset of samples (see footnote c).

12. The five foods with the highest mean concentration are listed for each analyte, except for analytes only analyzed for in water (where up to two foods can be listed). Non-detects were included as zeros when calculating means. Foods with only one sample of the food during the FY2018-FY2020 reporting cycle were excluded from selection.

13. Antimony, barium, beryllium, and thallium are only analyzed for in water; all were found in bottled water, only thallium was found in BF water (bottled water intended for infants).

BF: Baby Food

## 4.1.1 Selected Nutrient Elements

Calcium, iodine, iron, and potassium are considered nutrients of public health interest because inadequate intakes of these nutrients can impact health (USDA, 2020). This section summarizes the foods with the highest mean concentrations of these nutrients. Some foods are fortified, and high mean concentrations may be due to fortification or use of additives (e.g., iodine-containing dough conditioners used in bread), while high mean concentrations in other foods are naturally occurring (e.g., calcium in milk, and iron in ground beef and beef steak).

For the FY2018-FY2020 TDS data reporting cycle, the foods with the highest mean concentration of calcium were American cheese, baby food teething biscuits and baby food mixed cereal (multi-grain). Cheeses other

than American cheese (e.g., cheddar, Monterey, mozzarella, Swiss), ready-to-eat cereals (e.g., oat ring cereal), protein powder, and almonds were also high in calcium.

The foods with the highest mean concentration of potassium were potato chips, raisins, and protein powder. Additionally, nuts (peanuts, peanut butter, cashews [only one sample] and almonds), sunflower seeds, infant formula and ready-to-eat cereals were also high in potassium.

Not surprisingly, the food with the highest iodine concentration was iodized salt (only one sample). High mean concentrations of iodine were found in hamburger/hotdog buns (white), white bread (enriched, pre-sliced) and whole wheat bread (pre-sliced), likely due to presence of iodine-containing dough conditioners in some samples of these products. Figure 5 shows the ranges of iodine in these TDS breads (the box and whisker chart shows the minimum, median and maximum iodine concentrations), and the wide ranges of concentrations likely reflect the presence of iodine containing ingredients (e.g., iodine-containing dough conditioners) in some samples versus other samples not containing these ingredients.



Figure 5: Iodine Concentration Ranges in TDS Breads with High Mean Concentrations of Iodine

Fruit-flavored popsicles contained relatively high mean iodine concentrations, possibly due to use of FD&C Red 3, a food dye that contains iodine. Other high mean iodine concentrations were found in cheeses, infant formulas, fish (baked cod and fish sticks), protein powder and eggs. High mean iodine concentrations in these foods may reflect fortification, the use of feed additives, residues from iodine-containing cleaning agents, or iodine naturally present in food (Ershow et. al., 2018; USDA, FDA and ODS-NIH, 2022).

For the FY2018-FY2020 TDS data reporting cycle, the foods with the highest mean concentrations of iron are baby food cereals (rice, mixed [multi-grain] and oatmeal), ready-to-eat cereals, and infant formula. The iron in these foods is most likely from fortification.

TJID 20240823_0000466

## 4.1.2 Selected Toxic Elements

Arsenic, cadmium, lead, and mercury are priorities of the FDA's Closer to Zero Action Plan (FDA, 2022d), as high levels of exposure over time to these elements may have adverse health impacts.

Total arsenic concentrations are measured in all foods. In addition, arsenic speciation is performed to determine concentrations of inorganic arsenic in select foods. In speciated samples, the highest mean inorganic arsenic concentration was 93 ppb in crisped rice cereal (three of three crisped rice cereals were speciated, ranging from 8.9 to 103 ppb inorganic arsenic). The food with the highest number of speciated samples was infant rice cereal, and all inorganic arsenic concentrations in infant rice cereal were below the 100 ppb action level established by FDA (FDA, 2020a). Additionally, none of the apple juice samples exceeded 10 ppb total arsenic, which is the level above which the sample would be speciated (and 10 ppb inorganic arsenic is the action level in FDA's draft guidance for industry for inorganic arsenic in apple juice [FDA, 2013]).

The foods with the highest mean total arsenic concentrations were seafoods including baked cod, canned tuna, and fish sticks. Studies suggest that fish and seafood have high levels of organic arsenic species (Rattanachongkiat et. al., 2004; Richter et. al., 2012; Mania et. al., 2015). Other than seafoods, crisped rice cereal, baby food rice cereal, and brown and white rice also had high mean total arsenic concentrations.

The highest cadmium concentrations were found in spinach, sunflower seeds, and cocoa powder (only one sample), respectively. The foods with the highest mean cadmium concentrations are sunflower seeds and spinach, two foods that typically have elevated levels of cadmium; likely due to cadmium in the soil where growing occurs, the nature of the foods, as well as cultivating practices (ATSDR, 2012; Schaefer et. al., 2020). The next highest mean cadmium concentration was found in potato chips. The TDS data are consistent with other reports that found, after leafy greens (e.g., spinach), potatoes and other root vegetables typically have higher levels of cadmium than other foods, such as grain crops (ATSDR, 2012).

The highest lead concentrations were in baking powder and cocoa powder; but as these foods were added to the National Food List in FY2020, there is only one sample representing each food, and results may not be representative and indicate a need for further testing. The foods with the highest mean lead concentrations were baby food sweet potatoes, baby food teething biscuits, and sandwich cookies. Like cadmium, lead is found in soil and may get into food through uptake from contaminated soil (Abt et. al., 2018; ATSDR, 2020). The sandwich cookies have cocoa powder as an ingredient and that might explain the source of the lead, as cocoa powder can contain higher levels of lead than other foods and ingredients (Abt et. al., 2018). FDA has set an action level for lead in chocolate and sugar-based candy at 100 ppb (0.1 ppm, FDA, 2006); all TDS chocolate and sugar-based candy samples were below the 100 ppb action level (the maximum concentration detected was 8.3 ppb, 6 out of 9 results did not have detectable levels).

Mercury was not detected (ND) in the majority of samples (93% ND, 245 detects out of 3276 analyzed samples). Only 33 of the 307 foods analyzed for mercury had detectable levels. The highest mean mercury concentrations were in fish samples. Canned tuna, baked cod, and baked salmon had mean concentrations of 230 ppb, 83 ppb, and 21 ppb, respectively. Of the 33 foods with detectable results, 28 had mean mercury

concentrations less than 10 ppb, and all detectable mercury (total mercury) results (mostly seafood) were below the 1 ppm (1000 ppb) action level for methyl mercury established for fish, shellfish, crustaceans, and other aquatic animals per Compliance Policy Guide (CPG) Sec. 540.600 (FDA, 2007).

## 4.2   Data Characterization and Summary for Selected Food Groups

The following sections summarize selected nutrient and toxic elements in selected groups of foods. For a summary of analytical findings for each food, see the TDS website (FDA, 2022c), where the summary is available to download.

### 4.2.1 Nutrient Elements in Selected Food Groups

In this section foods that are vegetables, fruits and dairy are grouped, and then selected nutrient element analytes are summarized across foods in these groups (see Figures, 6 to 8).

**Vegetables**

Calcium and potassium were detected in every vegetable sample, and iron in nearly every sample (715 out of 719 samples, or 99%), while iodine was detected in about half of the samples (mean concentrations in vegetables ranged from: calcium, 8.7–3100 ppm; iodine, ND–640 ppb; iron ND–32000 ppb; potassium, 570–6700 ppm).



Figure 6: Selected Nutrient Elements, Percent Detects/Non-detects in Vegetables

TJID 20240823_0000468

## Fruits

Calcium, iron, and potassium were detected in over 90% of fruit samples, whereas iodine was detected in about 40% of samples (mean concentrations in fruits ranged from: calcium, ND–560 ppm; iodine, ND–460 ppb; iron, ND–26000 ppb; potassium, 590–9200 ppm).



Figure 7: Selected Nutrient Elements, Percent Detects/Non-detects in Fruits

## Dairy

The nutrient elements calcium, iodine, and potassium were detected in every dairy food sample (mean concentrations in dairy foods ranged from: calcium, 620–18500 ppm; iodine, 130–4400 ppb; potassium, 640–3100 ppm), whereas iron was detected in about half of samples (mean concentrations of iron in dairy foods ranged from ND–13000 ppb).



Figure 8: Selected Nutrient Elements, Percent Detects/Non-detects in Dairy

TJID 20240823_0000469

### 4.2.2 Toxic Elements in Selected Food Groups

In this section, the toxic element analytes total arsenic, cadmium, lead, and mercury are looked at across foods that are vegetables, fruits, and dairy (see Figures 9 to 13). Total arsenic, lead, and mercury were not detected in the majority of vegetable, fruit and dairy samples; however, as expected, cadmium was detected in the majority of vegetables (ATSDR, 2012; Schaefer et. al., 2020).

**Vegetables**

Total arsenic, lead, and mercury were detected in less than half of the FY2018-FY2020 vegetable samples (35%, 10%, and 6% detects respectively); whereas cadmium was detected in 93% of vegetable samples (mean concentrations in vegetables range from: total arsenic, ND – 15 ppb; cadmium, ND–222 ppb; lead, ND–12 ppb; mercury, ND – 1.8 ppb). Certain vegetable foods, such as leafy greens and potatoes, are known to have concentrations of cadmium (ATSDR, 2012), and for non-smokers, dietary exposure (mostly through fruits and vegetables) is the primary source of cadmium exposure (ATSDR, 2012; Schaefer et. al., 2020).



Figure 9: Selected Toxic Elements, Percent Detects/Non-detects in Vegetables

While cadmium was detected in most vegetable samples, many concentrations were low, as shown in Figure 10 (which charts the minimum, mean and maximum concentrations of 10 vegetables with the highest mean cadmium concentration).



Figure 10: Vegetables (10) with Highest Mean Cadmium Concentrations

## Fruits

Total arsenic (39% detects), cadmium (28% detects), lead (4% detects), and mercury (1% detects) were detected in less than half of the FY2018-FY2020 fruit samples (mean concentrations in fruits range from: total arsenic, ND – 23 ppb; cadmium, ND – 9.3 ppb; lead, ND – 9.7 ppb; mercury, ND – 1.3 ppb [only one fruit food, raisins, had detectable levels]).



Figure 11: Selected Toxic Elements, Percent Detects/Non-detects in Fruits

For fruits, total arsenic was detected more frequently than cadmium, lead, or mercury. However, as the

TJID 20240823_0000471

case with cadmium in vegetables, many concentrations were low, as shown in Figure 12 (which charts the minimum, mean and maximum concentrations for 10 fruits with the highest mean total arsenic concentration).



Figure 12: Fruits (10) with Highest Mean Total Arsenic Concentrations

## Dairy

Total arsenic (2% detects), cadmium (3% detects), lead (1% detects), and mercury (0% detects) were rarely detected in the FY2018-FY2020 dairy samples (mean concentrations in dairy range from: total arsenic, ND – 8.2 ppb; cadmium, ND – 4.9 ppb; lead, ND – 2.1 ppb; mercury, all ND).



Figure 13: Selected Toxic Elements, Percent Detects/Non-detects in Dairy

TJID 20240823_0000472

## 4.3  New and Changed TDS Foods

The FY2018–FY2020 reporting cycle included new foods added to the TDS, as well as foods where preparation methods changed. These changes reflect: increased consumption of the food, ingredient foods and more common preparation methods for foods. Three examples of new and changed foods are provided to illustrate these reasons.

**Coconut water** was collected for the first time in FY2018. Results for coconut water indicate this beverage may be a source of potassium (mean concentration = 1500 ppm) and manganese (mean concentration = 2367 ppb).

**Chicken broth** is an ingredient in many recipes. Chicken broth was high in sodium, as expected. However, no toxic elements were detected. The only detectable results for chicken broth were nutrient elements.

**Eggplant** was prepared differently in FY2018 (starting with FY2018 Collection 7). The new preparation is the eggplant is baked with its peel. The previous preparation required peeling the eggplant and then boiling it. Mean iron concentrations differed between the baked and boiled eggplant samples. Eggplant (baked with peel) had a mean iron concentration of 2076 ppb and eggplant (peeled and boiled) had a mean iron concentration of 1667 ppb. Similar results are seen for potassium, where mean potassium results for eggplant peeled and boiled (1067 ppm) are half that of eggplant baked with peel (2214 ppm). Further analysis is needed to identify the source(s) of these differences.

TJID 20240823_0000473

## 4.4  Additional Samples of Baby Foods

The TDS has collected and analyzed baby foods since 1975. In the modernized TDS, baby foods are considered national foods (i.e., not expected to vary by region) and therefore are collected once per year as part of the national collection. In FY2019 FDA collected additional samples of baby foods to obtain information about baby foods with unique ingredients and baby foods with higher consumption (per NHANES/WWEIA). The FY2019 additional baby food sampling was conducted in tandem with select regional collections, and therefore also provided an opportunity to compare certain baby foods collected regionally and nationally. In general, the region and season did not have an impact on the analytical results for elements in baby foods. For a summary of analytical results for elements for each food, see the TDS website (FDA, 2022c), where the summary is available to download.

The additional baby food sampling contributed to a total of 384 baby food samples in the FY2018–FY2020 reporting cycle. Of the 1536 analytical results for toxic elements, 995 (65%) were non-detects and 541 (35%) had detectable levels.

Approximately 51% of the baby food samples analyzed had detectable levels of total arsenic. The highest levels of total arsenic were found in infant cereals and snacks like teething biscuits and puffed snacks. These results agree with historical TDS data as well as sampling performed to support the Arsenic in Rice and Rice Products Risk Assessment (FDA, 2016). Six baby foods containing rice and/or juice exceeded a specified level of total arsenic and were therefore further analyzed to determine the levels of inorganic arsenic. These results are provided in Table 4 below (further information on the total arsenic levels that result in speciation can be found in Appendix B, Table 10 and additional details on arsenic speciation results can be found on the TDS website [FDA, 2022c], where the summary of analytical findings for each food is available to download).

Table 4: Arsenic Speciation Analytical Results for Baby Foods

| Baby Food Type | Arsenic (total) Mean Conc. (ppb) | Number of Samples Analyzed for Arsenic (total) | Inorganic Arsenic Mean Concentration (ppb) | Number of Samples Analyzed for Inorganic Arsenic |
|---|---|---|---|---|
| Grape juice | 9.2 | 8 | 7.4 | 3 |
| Puffed snack | 42 | 8 | 31 | 8 |
| Mixed cereal (multi-grain), dry | 32 | 7 | 26 | 6 |
| Rice cereal, dry | 109 | 9 | 73 | 9 |
| Rice cereal, prepared with water | 23 | 13 | 17 | 13 |
| Teething biscuits | 24 | 8 | 23 | 8 |

TJID 20240823_0000474

Cadmium was not detected in 35% of the 384 baby food samples. The highest level (49 ppb) of cadmium was in a sample of baby food containing spinach as an ingredient. The baby food products containing spinach had levels of cadmium which align with the TDS results for cadmium in raw spinach. The second highest result for cadmium was 41 ppb in baby food carrots. However, the mean concentration of cadmium was 20 ppb across the 14 baby food carrot samples.

Lead and mercury were not detected in 79% and 97%, respectively of the 384 baby food samples. The highest baby food lead result (38 ppb) was found in a sample of baby food sweet potatoes. There were only 13 samples with detectable results for mercury and all 13 were less than 3 ppb.

# 5. Conclusion

The analytical results of the FY2018-FY2020 reporting cycle demonstrate the value of the modernized TDS as a source of monitoring information on nutrient and contaminant element concentrations in foods consumed by the US population. The continuous nature of TDS allows for looking at analyte concentrations in foods over time. The results from FY2018-FY2020 did not identify element concentrations outside of historical levels for foods collected previously. The data provide information on new foods (including ingredient foods) and the impact of different preparation methods (e.g., baked versus boiled, cooked versus raw) on element concentrations.

This report focuses on TDS element analytes, separate reports will summarize the pesticide and radionuclide analytical results; as well as provide dietary exposure assessments.

TJID 20240823_0000475

# 6. References

Abt E, Fong Sam J, Gray P, and Robin LP. 2018. Cadmium and lead in cocoa powder and chocolate products in the US market. Food Additives & Contaminants: Part B, 11: 92-102.

Agency for Toxic Substances and Disease Registry. 2012. ToxGuideTM for Cadmium Cd. https://www.atsdr.cdc.gov/toxprofiledocs/index.html. Accessed March 8, 2022.

Agency for Toxic Substances and Disease Registry (ATSDR). 2012. Toxicological profile for Cadmium. Atlanta, GA: US Department of Health and Human Services, Public Health Service.

Agency for Toxic Substances and Disease Registry (ATSDR). 2020. Toxicological profile for Lead. Atlanta, GA: US Department of Health and Human Services, Public Health Service.

Ershow AG, Skeaff SA, Merkel JM, Pehrsson PR. 2018. Development of Databases on Iodine in Foods and Dietary Supplements. Nutrients, 10, 100.

Food and Drug Administration. 2006. Guidance for Industry: Lead in Candy Likely To Be Consumed Frequently by Small Children. https://www.fda.gov/regulatory-information/search-fda-guidance-documents/guidance-industry-lead-candy-likely-be-consumed-frequently-small-children. Accessed March 24, 2022.

Food and Drug Administration. 2007. CPG Sec. 540.600 Fish, Shellfish, Crustaceans and other Aquatic Animals–Fresh, Frozen or Processed–Methyl Mercury. https://www.fda.gov/regulatory-information/search-fda-guidance-documents/cpg-sec-540600-fish-shellfish-crustaceans-and-other-aquatic-animals-fresh-frozen-or-processed-methyl#:~:text=540.600%20Fish%2C%20Shellfish%2C%20Crustaceans%20and,or%20Processed%20%2D%20Methyl%20Mercury%20%7C%20FDA. Accessed April 7, 2022.

Food and Drug Administration. 2013. Draft Guidance for Industry: Action Level for Arsenic in Apple Juice. https://www.fda.gov/regulatory-information/search-fda-guidance-documents/draft-guidance-industry-action-level-arsenic-apple-juice. Accessed March 24, 2022.

Food and Drug Administration. 2016. Arsenic in rice and rice products risk assessment. Arsenic in Rice and Rice Products Risk Assessment | FDA. Accessed 23 March 2022.

Food and Drug Administration. 2020a. Guidance for industry: action level for inorganic arsenic in rice cereals for infants. https://www.fda.gov/regulatory-information/search-fda-guidance-documents/guidance-industry-action-level-inorganic-arsenic-rice-cereals-infants. Accessed March 10, 2022.

Food and Drug Administration. 2020b. Arsenic in Food and Dietary Supplements. https://www.fda.gov/food/metals-and-your-food/arsenic-food-and-dietary-supplements. Accessed April 21, 2022.

TJID 20240823_0000476

Food and Drug Administration. 2022a. Analytical Results of Testing Food for PFAS from Environmental Contamination. https://www.fda.gov/food/chemical-contaminants-food/analytical-results-testing-food-pfas-environmental-contamination. Accessed April 4, 2022.

Food and Drug Administration. 2022b. FDA Elemental Analysis Manual. https://www.fda.gov/food/laboratory-methods-food/elemental-analysis-manual-eam-food-and-related-products. Accessed April 4, 2022.

Food and Drug Administration. 2022c. FDA Total Diet Study. https://www.fda.gov/food/science-research-food/total-diet-study. Accessed April 4, 2022.

Food and Drug Administration. 2022d. Closer to Zero: Action Plan for Baby Foods. https://www.fda.gov/food/metals-and-your-food/closer-zero-action-plan-baby-foods. Accessed April 4, 2022.

Mania M, Rebeniak M, Szynal T, Wojciechowska-Mazurek M, Starska K, Ledzion E, and Postupolski J. 2015. Total and inorganic arsenic in fish, seafood and seaweeds – exposure assessment. Annals of the National Institute of Hygiene, 66: 203-210.

National Institutes of Health Office of Dietary Supplements. 2021. Manganese fact sheet for health professionals. Manganese–Health Professional Fact Sheet (nih.gov). Accessed 11 March 2022.

Rattanachongkiat S, Millward GE, and Foulkes ME. 2004. Determination of arsenic species in fish, crustacean and sediment samples from Thailand using high performance liquid chromatography (HPLC) coupled with inductively coupled plasma mass spectrometry (ICP-MS). Journal of Environmental Monitoring, 6: 254-261.

Richter J, Lischka S, and Piechotta C. 2012. Analysis of arsenic species in fish after derivatization by CG-MS. Talanta, 101: 524-529.

Schaefer H, Dennis S, and Fitzpatrick S. 2020. Cadmium: Mitigation strategies to reduce dietary exposure. Journal of Food Science, 85: 260-267.

US Department of Agriculture and US Department of Health and Human Services. Dietary Guidelines for Americans, 2020-2025. 9th Edition. December 2020. Available at DietaryGuidelines.gov.

US Department of Agriculture and US Department of Health and Human Services, Food and Drug Administration and National Institute of Health (USDA, FDA, and ODS-NIH). 2022. Database for the Iodine Content of Common Foods Release 2.0.

Zwolak A, Sarzyńska M, Szpyrka E, Stawarczyk K. 2019. Sources of Soil Pollution by Heavy Metals and Their Accumulation in Vegetables: A Review. Water Air & Soil Pollution 230: 164.

TJID 20240823_0000477