# EXHIBIT 21

# Nestle To Evaluate US Suit Filed Vs Chocolate Makers

Dow Jones International News

May 8, 2002 Wednesday 2:16 PM GMT

Copyright 2002 Factiva, a Dow Jones and Reuters Company
All Rights Reserved



Copyright © 2002, Dow Jones & Company, Inc.)

**Length:** 234 words

## Body

ZURICH -(Dow Jones)- Nestle SA (Z.NES), the world's largest food and beverages producer, said Wednesday that it will need to look into the details of a lawsuit filed by a U.S. environmentalist group against major U.S. chocolate producers such as Mars Inc. (X.MRS) and Hershey Foods Corp. (HSY).

"Given the fact that the lawsuit was filed against major chocolate producers, it is possible that the U.S. chocolate producer association might respond to the suit," Nestle spokesman Marcel Rubin told Dow Jones Newswires.

"For now, we have not taken any position," he added.

Earlier Wednesday, the American Environmental Safety Institute said it had filed a lawsuit in the Los Angeles County Superior Court against chocolate industry giants such as Mars, Hershey, Nestle USA Inc. and Kraft Foods North America Inc., claiming that these companies are exposing their customers, especially children, to potentially dangerous levels of toxic lead and cadmium.

The institute's president, Deborah A. Sivas, stated: "Our scientific research clearly shows that chocolate products contain lead and cadmium, heavy metal poisons also known to the State of California's health experts to be hazardous to human health."

At 1422 GMT, Nestle shares were down 1.8% at CHF382.50, while the overall market was firmer.

Company Web site: http://www.nestle.com

-By Goran Mijuk, Dow Jones Newswires; +41 1 211 70 14; goran.mijuk@dowjones.com

## Notes

PUBLISHER: Dow Jones & Company

**Load-Date:** December 17, 2004

End of Document