# EXHIBIT 24

# Chocolate Contains Health Hazards, Environmental Group's Suit Claims

**WSJ** wsj.com/articles/SB1020867578169561720

May 9, 2002

NEW YORK -- An environmental group is alleging that there's a dark side to chocolate.

The nonprofit American Environmental Safety Institute named several chocolate makers in a lawsuit, claiming their products contain dangerous levels of lead and cadmium, and should carry warning labels. It said Hershey Foods Corp., Kraft Foods Inc., and Nestle SA's Nestle USA Inc. unit are exposing their customers to the toxic metals. The suit also named Rocky Mountain Chocolate Factory Inc. and closely held Mars Inc. and See's Candies Inc.

"Our scientific research clearly shows that chocolate products contain lead and cadmium, heavy metal poisons also known to the state of California's health experts to be hazardous to human health," said Deborah A. Sivas, president of the California-based institute. "The chocolate manufacturers have neither taken appropriate actions to remove potentially dangerous levels of lead and cadmium from their chocolate products, nor notified consumers of the health risks."

Responding to the suit, which was filed in Los Angeles County Superior Court, the Chocolate Manufacturers Association described the claims as baseless, noting that many foods contain trace amounts of minerals. The trade group also said the California attorney general had determined that the suit lacks merit. The industry was quick to add that scientists and doctors at the Food and Drug Administration have confirmed that the chocolate products are safe to eat.

Nestl&eacute;, the global foods company, fiercely rejected the allegations. "We intend to vigorously defend ourselves against these baseless and frivolous allegations," a spokesman said.

Copyright ©2024 Dow Jones & Company, Inc. All Rights Reserved.
87990cbe856818d5eddac44c7b1cdeb8