# EXHIBIT 28

# Suit seeks warning labels on chocolate products

The San Diego Union-Tribune

May 9, 2002, Thursday

Copyright 2002 The San Diego Union-Tribune

**Section:** NEWS;Pg. A-12

**Length:** 180 words

**Byline:** Associated Press

## Body

LOS ANGELES -- An environmental group sued chocolate manufacturers yesterday, contending chocolate contains potentially hazardous levels of lead and cadmium and should carry warning labels.

The suit, by the nonprofit American Environmental Safety Institute, alleges chocolate products expose consumers -- especially children -- to potentially dangerous levels of the metals.

A state investigation last year discounted the lawsuit's claims, and U.S. Food and Drug Administration researchers have found children younger than 6 who eat a lot of chocolate take in 6 percent or less of the total daily amount of lead allowable by law.

An attorney for the companies named in the suit -- including Hershey Foods Corp., Nestle USA Inc., Kraft Foods North America Inc. -- said the lawsuit was baseless and an attempt to extort a settlement.

The lawsuit filed in Los Angeles Superior Court seeks in part to force the companies to include warning labels on the products under a requirement of California's Proposition 65 that individuals be warned before they are exposed to dangerous chemicals.

**Load-Date:** May 11, 2002

End of Document