# EXHIBIT 30

# *BRIEFS*

Belleville News-Democrat

May 9, 2002 Thursday

Copyright 2002 Belleville News-Democrat All Rights Reserved



**Section:** LOCAL: NATIONAL; Pg. 5A

**Length:** 532 words

## Body

Bagram, Afghanistan

Al-Qaida, Taliban war 'all but won'

The war against al-Qaida and Taliban fighters inside Afghanistan is "all but won" and offensive operations by the U.S.-led coalition are grinding down as a result, the top British commander in the coalition said Wednesday.

"We believe we're on the right way, that the fight against (the al-Qaida and Taliban) in Afghanistan is all but won," Brig. Roger Lane said at Bagram air base, according to a pool report. "They're not showing a predisposition to reorganize and regroup to mount offensive operations against us."

A 1,000-man British-led force began sweeping on foot through southeastern Afghanistan last Friday to track down small groups of al-Qaida or Taliban fighters and search caves and bunkers they may have used.

Los Angeles

Suit says chocolate has toxic metals

An environmental group sued chocolate manufacturers Wednesday, contending chocolate contains potentially hazardous levels of lead and cadmium and should carry warning labels.

The suit, by the nonprofit American Environmental Safety Institute, alleges chocolate products expose consumers -- especially children -- to potentially dangerous levels of the metals.

A state investigation last year discounted the lawsuit's claims, and U.S. Food and Drug Administration researchers have found children younger than 6 who eat lots of chocolate take in 6 percent or less of the total daily amount of lead allowable by law.

Washington

Agency hikes total of 'failing' schools

Students in an estimated 7,200 public schools could be eligible for transfers to another public school this fall, the Education Department said Wednesday. Earlier department estimates put the number of "failing" schools at 3,000 to 5,000.

Hickok said the 7,200-school estimate was based on reports from about 42 states. A final figure, expected later this month, could bring the total higher.

Christmas mail still being delivered

Lawmakers still receiving Christmas mail confronted Postal Service officials who insisted Wednesday that Capitol Hill delivery is back to normal after the anthrax scare last fall.

"We're getting Christmas cards every other day in our office," Rep. John T. Doolittle, R-Calif., told postal officials at a House Administration Committee hearing.

Sylvester Black, manager of capital metro operations for the Postal Service, acknowledged it takes slightly longer to deliver mail because of new safety procedures. But he said lawmakers should not be getting months-old mail.

Dalian, China

All 112 aboard jet are reported dead

Scores of boats scoured a northeastern China bay Wednesday, plucking body and airplane parts from oil-coated waters and honing in on their primary quarry -- flight-data recorders that could reveal why a passenger jet went down with 112 people aboard.

China Northern Airlines said all 112 people aboard Flight 6136 were dead, and officials abandoned rescue

**BRIEFS**

efforts for a salvage operation. Victims' relatives streamed into a Dalian hotel, looking for answers.

Near a lobby table set up for families to register, one distraught relative demanded access to the crash site. "I want to go see it! Why can't I see it?" he wailed, held back by relatives and airline employees.

**Load-Date:** May 17, 2002

---

End of Document

TJID 20240823_0000025