# EXHIBIT 36

Ad



A Flexible MBA to fit your schedule and your life

Online MBA: 75% got salary hikes, 80% promotions. Advance your career now w/out GMAT/GRE!

REQUEST INFO



# Cocoa Powders Found To Contain A Toxic Metal

BY MARKHAM HEID PUBLISHED: AUG 7, 2014

SAVE ARTICLE




MEDIA PLATFORMS DESIGN TEAM

Ad



A Flexible MBA to fit your schedule and your life

JHU Carey Business School Request Info

Bakers, put down those mixers! Your cocoa powder may be contaminated with a toxic metal, according to a new report from ConsumerLab.com, an independent company that tests health products and supplements.

Nearly every cocoa powder ConsumerLab analyzed—including products from Nestle, Trader Joe's, and Hershey's—contained dangerously high quantities of cadmium, a metal research has linked to kidney damage and bone softening.

"We were surprised to find this cadmium problem," says Tod Cooperman, MD, ConsumerLab's president. Initially, Cooperman says his company was focused on the cocoa products' amount of flavanols, a beneficial antioxidant. But while testing for flavanols, they stumbled onto the cadmium contaminants. "Unfortunately, this seems to be a big issue across all cocoa powders," Cooperman adds.

WATCH: Cold and Flu Remedies



bone softening.

A Flexible MBA to fit your schedule and your life
JHU Carey Business School Request Info

"We were surprised to find this cadmium problem," says Tod Cooperman, MD, ConsumerLab's president. Initially, Cooperman says his company was focused on the cocoa products' amount of flavanols, a beneficial antioxidant. But while testing for flavanols, they stumbled onto the cadmium contaminants. "Unfortunately, this seems to be a big issue across all cocoa powders," Cooperman adds.

MORE FROM PREVENTION
**Cold and Flu Remedies**




Cadmium is a metal found in ground soil that occasionally makes its way into plants like rice and cocoa. "Nearly everyone is exposed to small amounts of cadmium in their diet," Cooperman explains. But too much cadmium can lead to the health issues mentioned above.

It's also a probable cancer-causer,**research suggests**. Although the U.S. has not set a specific limit on cadmium in foods and supplements, Canada and some European countries restrict the amount of the metal in food products and supplements. When asked why the U.S. is lax on cadmium, Cooperman says the FDA relies on manufacturers to apply reasonable limits for cadmium and contaminants, including lead.

MORE: Are Your Probiotics A Sham?

So should you be worried? If you're drinking multiple cups of cocoa a week, or if you're baking (and eating) cupcakes or cookies packed with cocoa powder, cadmium is worth worrying about, Cooperman says. That's especially true for kids, who are likely more sensitive to the toxic metal than adults, he adds.

What should you do about it? According to ConsumerLab's testing, one product hit the sweet spot (pun intended) for both healthy flavanol content and low cadmium: CocoaVia ($35 for 30 eight-gram packets, **CocoaVia.com**). Cooperman says maintaining healthy levels of iron and zinc in your diet will also limit the amount of cadmium your body absorbs from the foods you eat.

We know what you're thinking: *But what about chocolate bars?!* At this point, Cooperman says he doesn't know what amounts of cadmium might turn up in your favorite bar or morsel. His team tested one type of chocolate bar—Hershey's "Special Dark"—and found it to contain safe levels of the metal as well as a good amount of flavanols. But that may be

zinc in your diet will also limit the amount of cadmium your body absorbs from the foods you eat.

We know what you're thinking: *But what about chocolate bars?!* At this point, Cooperman says he doesn't know what amounts of cadmium might turn up in your favorite bar or morsel. His team tested one type of chocolate bar—Hershey's "Special Dark"—and found it to contain safe levels of the metal as well as a good amount of flavanols. But that may be due to all the added ingredients in commercial chocolate, which dilutes the amount of cadmium, he says.

And what about cocoa *supplements*, which claim to offer healthful amounts of flavanols in capsule form? One product, Reserveage CocoWell ($25 for 50 capsules, **VitaminShoppe.com**), had a significant amount flavanols without contamination. But most others are a waste of money, Cooperman says. "You'd have to swallow as many as 50 or 60 of these capsules a day to get an effective dose of flavanols," he says.

Sorry for all the bad news today, chocolate lovers.

**MORE: This Is Your Body On Diet Soda**

**Want recipes that taste as good as they make you feel?**

Try out our favorites!

Enter your email address. I'M IN.

By signing up, I agree to the Terms of Use (including the dispute resolution procedures) and have reviewed the Privacy Notice.

Advertisement - Continue Reading Below




HEALTHY EATING TIPS





WATCH: Cold and Flu Remedies

