# EXHIBIT 40

SUBSCRIBE & SAVE
Just $1 for 6 weeks

THE WEEK

Sign in    US Edition

Home | The Explainer | Talking Points | The Week Recommends | Newsletters | Cartoons | From the Magazine | More ▼ | The Week Junior

Home | Law

**SPEED READ**

# Hershey, Mars face lawsuit for not labeling candy as containing lead, cadmium

  Newsletter sign up



(Image credit: Facebook.com/Dove Chocolate)

 BY MEGHAN DEMARIA LAST UPDATED 17 FEBRUARY 2015

Consumer advocacy group As You Sow has sent legal notices to



---

Document title: Hershey, Mars face lawsuit for not labeling candy as containing lead, cadmium | The Week
Capture URL: https://theweek.com/speedreads/539686/hershey-mars-face-lawsuit-not-labeling-candy-containing-lead-cadmium
Capture timestamp (UTC): Wed, 21 Aug 2024 16:56:41 GMT

Page 1 of 6

TJID 20240823_0000058

(Image credit: Facebook.com/Dove Chocolate)

BY MEGHAN DEMARIA LAST UPDATED 17 FEBRUARY 2015

Consumer advocacy group As You Sow has sent legal notices to Hershey, Mars, and See's Candies. The group claims the confectioners have violated California's Proposition 65 law by not labeling foods containing lead and cadmium.

As You Sow found traces of heavy metals in Hershey Scharffen bars, Mars' Dove dark chocolate bars, and See's Candies Extra Dark Chocolate. The group didn't share the exact levels of metal in the chocolates but said one serving of the products in question "exceeded the safe harbor level for reproductive harm," Confectionery News reports.

Meanwhile, a spokesperson for Hershey told *Confectionery News* that the California law "does not apply to low levels of mineral in food that are naturally occurring." Hershey maintains that all of its products meet FDA and state standards.



As You Sow told *Confectionery News* that its legal notices were "the initiation of litigation," so it could be a while before anything is proven about the candies in question. And while you're probably not going to get lead poisoning by indulging your sweet tooth, this could be a good excuse to cut back on desserts.

**LATEST VIDEOS FROM THEWEEK**





Put Bananas in Your Garden and Just Watch
LifeHack Guru



Always Keep a Bread Clip in Your Wallet, Here's Why
Lifehackguru