# EXHIBIT 44

delish    RECIPES    DINNERS    SUMMER    KITCHEN TIPS    NEWS    SUBSCRIBE    SIGN IN


Ad — Advance Your Career at Carey Business School. Tailor our Flexible MBA to your schedule. Connect with peers in-person or online. REQUEST INFO

Food News

# These Popular Easter Candies Could Contain Unsafe Levels of Heavy Metals

Time to break out the jelly beans.

BY **RHEANNA O'NEIL BELLOMO**   PUBLISHED: MAR 24, 2016

 SAVE ARTICLE





Ad — A Flexible MBA to fit your schedule and your life. JHU Carey Business School — Request Info

Sadly, you might have to leave the chocolate bunnies behind and turn to second-class candies like Peeps and jelly beans this Easter. According to independent laboratory tests commissioned by health watchdog As You Sow, 35 of 50 popular Easter-themed chocolate products expose consumers to lead and cadmium above levels that are considered safe to consume.

The allegedly affected 18 brands include top-sellers like Hershey's, Cadbury, Gihrardelli, Lindt, Mars, Godiva, and even generic labels from Trader Joe's, Kroger, and Whole Foods. What's more, As You Sow claims, the products fail to warn consumers of these potentially

RECIPES    DINNERS    SUMMER    KITCHEN TIPS    NEWS    SUBSCRIBE    SIGN IN

You Sow, 35 of 50 popular Easter-themed chocolate products expose consumers to lead and cadmium above levels that are considered safe to consume.

The allegedly affected 18 brands include top-sellers like Hershey's, Cadbury, Gihrardelli, Lindt, Mars, Godiva, and even generic labels from Trader Joe's, Kroger, and Whole Foods. What's more, As You Sow claims, the products fail to warn consumers of these potentially harmful contents.

"Lead exposure is associated with neurological impairment, such as learning disabilities and decreased IQ, even at low levels. In fact, there is no safe level of lead for children," Eleanne van Vliet, MPH, As You Sow's Environmental Health Consultant, said in a release.

**MORE FROM DELISH**



The heavy metal levels were found specifically in chocolate bunnies and eggs. They exceeded those set by California's Safe Drinking Water and Toxic Enforcement Act. (Maybe this is why chocolate bunnies can resist melting under molten aluminum?) For the full list of specific products, check As You Sow's detailed list.



View full post on Instagram

And while the effects may not be immediate, consumption could lead to larger issues down the road. "Lead and cadmium accumulate in the body, so avoiding exposure is important, especially for children," As You Sow President Danielle Fugere wrote in a statement. "Our goal is to work with chocolate manufacturers to find ways to avoid these metals in their products."

This is especially concerning after recent revelations of lead contamination in water in Flint, MI have come to light, raising awareness about lead and its irrefutable link to neurological impacts in children. "As underscored by the Flint disaster,



A Flexible MBA to fit your schedule and your life
JHU Carey Business School    Request Info

President Danielle Fugere wrote in a statement. "Our goal is to work with chocolate manufacturers to find ways to avoid these metals in their products."

This is especially concerning after recent revelations of lead contamination in water in Flint, MI have come to light, raising awareness about lead and its irrefutable link to neurological impacts in children. "As underscored by the Flint disaster, humans have contaminated our environment with lead, and now we must do everything in our power to protect ourselves and our children, who are the most vulnerable of us, from every possible exposure," said Sean Palfrey, MD, pediatrician and Professor of Pediatrics and Public Health at Boston University School of Medicine.

So you might want to pick up a few extra bags of Starburst, Twizzlers and other chewy Easter candies to fill the empty space in your baskets this year. Or go all out and pack it with the best treat of all: cotton candy.



Follow Delish on Instagram.

Advertisement - Continue Reading Below



## Food News





