# EXHIBIT 50

News & Analysis on Chocolate, Candy and Cocoa

Sign out | My account

**ConfectioneryNews**

Search

News | Sectors | Trends | Big Brands | Resources | Events

# Mars, Hershey and others settle heavy metal chocolate lawsuit

By **Douglas Yu**
08-Mar-2018 - Last updated on 08-Mar-2018 at 09:00 GMT

SHARE    


Big chocolate companies argue the source of lead and cadmium is naturally occurring through soil and water. ©GettyImages/grafvision

**RELATED TAGS** Cadmium · Food Safety · California · Mars · Hershey · Barry Callebaut · Lindt · Nestlé

**A California Superior Court judge has approved a settlement resolving claims over whether certain levels of lead and cadmium in chocolate require warning labels under California's Prop 65 law.**

The settlement came around three years after the consumer advocacy group As You Sow **filed a lawsuit** against several big players in the chocolate industry, including Hershey, for containing lead and cadmium traces in their products.

As You Sow's director of Toxic Chemicals Research, Eleanne van Vliet, previously told ConfectioneryNews that one serving of the tested brands *"exceed the safe harbor level for reproductive harm,"* which is 0.5ug/day for lead and 4.1 ug/day for cadmium (according to Prop 65).

The organization further claimed that the heavy metal contamination could occur at a manufacturer's plant, while defendant companies argued the source of lead and cadmium is naturally occurring through soil and water, hence it is not beholden to the law.

## What does the settlement include?

The settlement, which was negotiated by As You Sow and the major companies in the US chocolate industry over the past year, requires a joint study to investigate and report on the main sources of lead and cadmium, As You Sow said in a statement.

### Follow Us



### Webinars

**UPCOMING EDITORIAL WEBINARS**

**24 SEP 2024 TUE**
Webinar
Decarbonising Supply Chains at the Source

**25 SEP 2024 WED**
Webinar
Eco-friendly Production from Farm to Fork

**26 SEP 2024 THU**
Webinar
New Tech and Novel Ingredients for a Sustainable Future

**ON-DEMAND WEBINARS**

Is there a crisis in cocoa supply chains?
Webinar

### Top Headlines



Hershey says it's not satisfied with efforts to support cocoa farmers

How manufacturers can cure chocolate's heat resistance

Can a cacao gene atlas help solve the cocoa crisis?

Meet the chocolate brand cleaning up the ocean

A new European Parliament is here: What policies do confectioners want to see?

What's hot in confectionery? New

---

Document title: California Superior Court settles heavy metal chocolate lawsuit
Capture URL: https://www.confectionerynews.com/Article/2018/03/08/California-Superior-Court-settles-heavy-metal-chocolate-lawsuit
Capture timestamp (UTC): Wed, 21 Aug 2024 17:11:34 GMT
Page 1 of 4
TJID 20240823_0000117

the law.

## What does the settlement include?

The settlement, which was negotiated by As You Sow and the major companies in the US chocolate industry over the past year, requires a joint study to investigate and report on the main sources of lead and cadmium, As You Sow said in a statement.

**You might be interested in**

- Hershey says it's not satisfied with efforts to support cocoa farmers
- Meet the chocolate brand cleaning up the ocean
- How manufacturers can cure chocolate's heat resistance
- Tesla enters the candy market
- What's hot in confectionery? New product development from Cadbury to Smart Sweets

Some of the companies who are part of the negotiation include Barry Callebaut, Blommer Chocolate, Cargill, Hershey, Lindt, Mars, and Nestlé.

*"The experts who conduct the study will also make findings and recommendations on feasible measures that may be taken, if any, to meaningfully reduce levels of lead and cadmium found in chocolate products,"* it added.

As You Sow pointed out the experts' findings will be available to the public, and the settlement agreement would set thresholds for determining when Prop 65 warnings will be required for chocolate products *"based on their percentage of cacao content and their levels of lead and cadmium"*.

The FDA said dark chocolate tends to have higher lead levels than milk chocolate because chocolate liquor is the main source of lead in chocolate products.

## 'Opt-in' program for additional companies

The court also authorized an *"opt-in"* program that will allow additional companies that make or provide chocolate products for sale in California to become parties to the settlement *"if they are willing to comply with the terms of the settlement,"* said As You Sow.

Details regarding when companies can apply for the program are yet to be disclosed.

Jerry Hagedorn, EVP of business development at Barry Callebaut, said, *"this settlement will help avoid consumer and retailer confusion while establishing a clear set of guidelines for chocolate and cocoa companies to follow when selling their products in California."*

Hagedorn, who is the current chair of the National Confectioners Association's (NCA) Chocolate Council is the major force behind the settlement with As You Sow. He recently received a distinguished service award at NCA's State of the Industry Conference in Miami, FL.

*"Working together, all of the parties involved are putting consumers first. We at the chocolate and cocoa companies take food safety and product quality very seriously, and look forward to working with scientific experts on this issue,"* Hagedorn said.

Copyright - Unless otherwise stated all contents of this web site are © 2024 - William Reed Ltd - All Rights Reserved - Full details for the use of materials on this site can be found in the Terms & Conditions

**RELATED TOPICS**

Regulation & Safety | Chocolate | Cocoa | Mars | Lindt & Sprungli | Nestle | Mondelez International | Hershey | Health & Functionality | Ingredients



- A new European Parliament is here: What policies do confectioners want to see?
- What's hot in confectionery? New Product Development from Mondelēz and Bazooka Candy
- How are prebiotics and probiotics pushing functionality forward?
- Tesla enters the candy market
- 2024's top confectionery flavour trends
- Five ways robotics tech is revolutionising confectionery

**Promotional Features**

- CBE and specialty fats and oils emerge as the sustainable choice for chocolate and confectionery
  By Manorama Industries Limited
- The Power of One: A multi-dimensional experience that elevates the enjoyment of gums and jellies
  By Tanis
- Natural blues: Using spirulina concentrates to achieve vibrant confectionery colors
  By EXBERRY® by GNT

**More Promotional Features**

---

Document title: California Superior Court settles heavy metal chocolate lawsuit
Capture URL: https://www.confectionerynews.com/Article/2018/03/08/California-Superior-Court-settles-heavy-metal-chocolate-lawsuit
Capture timestamp (UTC): Wed, 21 Aug 2024 17:11:34 GMT

Page 2 of 4

TJID 20240823_0000118