# EXHIBIT 51

ADVERTISEMENT

United Healthcare
There with answers, support and confidence
Learn more

# Health benefits and risks of chocolate

Benefits  |  Light vs. dark  |  Risks and precautions

Benefits of eating chocolate may include lowering the risk of heart disease and stroke, supporting cognitive function, and more. However, further research is necessary and chocolate can also have some negative health effects.

Chocolate is made from tropical Theobroma cacao tree seeds. Its earliest use dates back to the Olmec civilization in Mesoamerica.

After the European discovery of the Americas, chocolate became very popular in the wider world, and its demand exploded.

Chocolate has since become a popular food product that millions enjoy every day, thanks to its unique, rich, and sweet taste.

But what effect does eating chocolate have on our health?

### Fast facts on chocolate

- Chocolate consumption has long been associated with conditions such as diabetes, coronary heart disease, and hypertension.
- Chocolate is believed to contain high levels of antioxidants.
- Some studies have suggested chocolate could lower cholesterol levels and prevent memory decline.
- Chocolate contains a large number of calories.
- People who are seeking to lose or maintain weight should eat chocolate only in moderation.

Medically reviewed by Natalie Butler, R.D., L.D. — Written by Joseph Nordqvist on July 17, 2018

ADVERTISEMENT

United Healthcare
Health coverage for life's moments
Learn more

### Latest news


How is heart disease linked to Alzheimer's development?


Eating more plant fats from grains, vegetable oils may lower death risk

ADVERTISEMENT

Get back to
AVAILABLE AT

- Chocolate contains a large number of calories.
- People who are seeking to lose or maintain weight should eat chocolate only in moderation.

ADVERTISEMENT



## Benefits



Recent research suggests that chocolate may have some health benefits.

Chocolate receives a lot of bad press because of its high fat and sugar content. Its consumption has been associated with acne, obesity, high blood pressure, coronary artery disease, and diabetes.

However, according to a review ⊙ of chocolate's health effects published in the *Netherlands Journal of Medicine*, it's not all bad news.

The authors point to the discovery that cocoa, the key ingredient in chocolate, contains biologically active phenolic compounds.

This has changed people's views on chocolate, and it has stimulated research into how it might impact aging, and conditions such as oxidative stress, blood pressure regulation, and atherosclerosis.

Chocolate's antioxidant potential may have a range of health benefits. The higher the cocoa content, as in dark chocolate, the more benefits there are. Dark chocolate may also contain less fat and sugar, but it is important to check the label.

Eating chocolate may have the following benefits:


How is heart disease linked to Alzheimer's development?


Eating more plant fats from grains, vegetable oils may lower death risk


Red meat, sugar may be causing colorectal cancer in younger adults


Severe menopause symptoms linked to mild cognitive impairment


Shingles linked with higher risk of experiencing cognitive decline

ADVERTISEMENT


Stop feeling bloated and full, start feeling free.
From the makers of the #1 selling probiotic worldwide, use Florastor Advanced Gas & Bloat.

ADVERTISEMENT

Stop feeling bloated and full, start feeling free.
From the makers of the #1 selling probiotic worldwide

atherosclerosis.

Chocolate's antioxidant potential may have a range of health benefits. The higher the cocoa content, as in dark chocolate, the more benefits there are. Dark chocolate may also contain less fat and sugar, but it is important to check the label.

Eating chocolate may have the following benefits:

- lowering cholesterol levels
- preventing cognitive decline
- reducing the risk of cardiovascular problems

It is important to note that the possible health benefits mentioned below came from single studies. More research is needed to confirm that eating chocolate can really improve people's health.

In addition, chocolate bars do not contain only cocoa. The benefits and risks of any other ingredients, such as sugar and fat, need to be considered.

## 1) Cholesterol

One study, published in *The Journal of Nutrition*, suggests that chocolate consumption might help reduce low-density lipoprotein (LDL) ⬤ cholesterol levels, also known as "bad cholesterol."

The researchers set out to investigate whether chocolate bars containing plant sterols (PS) and cocoa flavanols (CF) have any effect on cholesterol levels.

The authors concluded: "Regular consumption of chocolate bars containing PS and CF, as part of a low-fat diet, may support cardiovascular health by lowering cholesterol and improving blood pressure."

## 2) Cognitive function

Scientists at Harvard Medical School have suggested that drinking two cups of hot chocolate a day could help keep the brain healthy and reduce memory decline in older people.

The researchers found that hot chocolate helped improve blood flow to parts of the brain where it was needed.

Lead author, Farzaneh A. Sorond, said:

> "As different areas of the brain need more energy to complete their tasks, they also need greater blood flow. This relationship, called neurovascular coupling, may play an important role in diseases such as Alzheimer's."

Results of a lab experiment, published in 2014, indicated that a cocoa extract, called lavado, might reduce or prevent damage ⬤ to nerve pathways found in patients with Alzheimer's disease. This extract could help slow symptoms such as cognitive decline.

Another study, published in 2016 in the journal *Appetite*, suggests eating chocolate at least



ADVERTISEMENT



ADVERTISEMENT



Results of a lab experiment, published in 2014, indicated that a cocoa extract, called lavado, might reduce or prevent damage◉ to nerve pathways found in patients with Alzheimer's disease. This extract could help slow symptoms such as cognitive decline.

Another study, published in 2016 in the journal *Appetite*, suggests eating chocolate at least once weekly could improve◉ cognitive function.

### 3) Heart disease

Research published in *The BMJ*, suggests that consuming chocolate could help lower the risk of developing heart disease by one-third◉.

Based on their observations, the authors concluded that higher levels of chocolate consumption could be linked to a lower risk of cardiometabolic disorders.

They call for further experimental studies to confirm whether consuming chocolate is beneficial.

### 4) Stroke

Canadian scientists, in a study involving 44,489 individuals, found that people who ate one serving of chocolate were 22 percent less likely to experience a stroke than those who did not. Also, those who had about two ounces of chocolate a week were 46 percent less likely to die from a stroke.

A further study, published in the journal *Heart* in 2015, tracked the impact of diet on the long-term health of 25,000 men and women.

The findings suggested that eating up to 100 grams (g) of chocolate each day may be linked to a lower risk of heart disease and stroke.

### 5) Fetal growth and development

Eating 30 g (about one ounce) of chocolate every day during pregnancy might benefit fetal growth and development, according to a study presented at the 2016 Pregnancy Meeting of the Society for Maternal-Fetal Medicine in Atlanta, GA.

### 6) Athletic performance



ADVERTISEMENT



ADVERTISEMENT



**Get the MNT newsletter**
Stay up to date on the latest health news



ADVERTISEMENT



Chocolate may help athletes cover more distance while using less oxygen.

Findings published in *The Journal of the International Society of Sports Nutrition* suggest that a little dark chocolate might boost oxygen availability ⌄ during fitness training.

Researchers who studied cyclists doing time trials in the United Kingdom found that "After eating dark chocolate, the riders used less oxygen when cycling at a moderate pace and also covered more distance in a two-minute flat-out time trial."

The scientists believe that the success of dark chocolate in this case is that it contains flavonols known as epicatechins, which enhance the release of nitric oxide in the body. Beetroot juice has a similar effect.



**With Bezzy for Depression, you're never alone.**
If you're living with depression, join others who understand what you're going through. Discover a safe space to find community, guidance, and support together.

**LEARN MORE**

**Real-world advice** | **18K+ active members** | **Nightly discussions** | **bezzy** DEPRESSION

BEZZY, A HEALTHLINE SISTER BRAND

ADVERTISEMENT



## Light vs. dark chocolate

Manufacturers of light, or milk, chocolate claim that their product is better for health because it contains milk, and milk provides protein and calcium. Supporters of dark chocolate point to the higher iron content and levels of antioxidants in their product.

### How do the nutrients compare?

Here are some sample nutrient levels in light ⌄ and dark ⌄ chocolate,

| Nutrient | Light (100 g) | Dark (100 g) |
|---|---|---|
| Energy | 531 kcal | 556 kcal |
| Protein | 8.51 g | 5.54 g |

## How do the nutrients compare?

Here are some sample nutrient levels in light⊙ and dark⊙ chocolate,

| Nutrient | Light (100 g) | Dark (100 g) |
|---|---|---|
| Energy | 531 kcal | 556 kcal |
| Protein | 8.51 g | 5.54 g |
| Carbohydrate | 58 g | 60.49 g |
| Fat | 30.57 g | 32.4 g |
| Sugars | 54 g | 47.56 g |
| Iron | 0.91 mg | 2.13 mg |
| Phosphorus | 206 mg | 51 mg |
| Potassium | 438 mg | 502 mg |
| Sodium | 101 mg | 6 mg |
| Calcium | 251 mg | 30 mg |
| Cholesterol | 24 mg | 5 mg |

The darker the chocolate, the higher the concentration of cocoa, and so, in theory, the higher the level of antioxidants there will be in the bar.

However, nutrients vary widely in commercially available chocolate bars, depending on the brand and type you choose. It is best to check the label if you want to be sure of the nutrients.

Unsweetened chocolates and 100-percent cocoa products are available for purchase online, and at some grocery and health food stores.

ADVERTISEMENT

Get the MNT newsletter
Subscribe to receive our top news articles.    SUBSCRIBE

# Risks and precautions




Stay up to date on the latest health news.
SUBSCRIBE

ADVERTISEMENT

Get the MNT newsletter
Stay up to date on the latest health news.
SUBSCRIBE

ADVERTISEMENT

Get the MNT newsletter
Stay up to date on the latest health news.
SUBSCRIBE

ADVERTISEMENT



Chocolate that is high in sugar can lead to tooth decay if eaten in excess.

Chocolate may have health benefits, but it can have some negative effects, too.

**Weight gain**: Some studies suggest that chocolate consumption is linked to lower body mass index (BMI) and central body fat. However, chocolate can have a high calorie count due to its sugar and fat content. Anyone who is trying to slim down or maintain their weight should limit their chocolate consumption and check the label of their favorite product.

**Sugar content**: The high sugar content of most chocolate can also be a cause of tooth decay.

**Migraine risk**: Some people may experience an increase in migraines when eating chocolate regularly due to cocoa's tyramine, histamine, and phenylalanine content. However, research is mixed.

**Bone health**: There is some evidence that chocolate might cause poor bone structure and osteoporosis. The results of one study, published in *The American Journal of Clinical Nutrition*, found that older women who consumed chocolate every day had lower bone density ● and strength.

**Heavy metals**: Some cocoa powders, chocolate bars, and cacao nibs may contain high levels of cadmium and lead, which are toxic to the kidneys, bones, and other body tissues.

In 2017, Consumer Lab tested 43 chocolate products and found that nearly all cocoa powders contained more than 0.3 mcg cadmium per serving, the maximum amount recommended by the World Health Organization (WHO).

All in all, eating chocolate can have both health benefits and risks. As ever, moderation is key.

> **Q:**
>
> We often hear now that chocolate is actually good for us. Do you think people should eat chocolate for its health benefits?
>
> **A:**
>
> Considering that heart disease is the number one killer and that dark chocolate has been shown to substantially reduce risk of cardiovascular disease, I believe regular chocolate consumption can be a good thing. Always choose above 70-percent cacao and select your brand wisely so as to keep your cadmium, lead, and sugar low while maximizing the antioxidant and flavonol benefits.
>
> ⚑ Answers represent the opinions of our medical experts. All content is strictly informational and should not be considered medical advice.

ADVERTISEMENT



Get the MNT newsletter
Stay up to date on the latest health news.
SUBSCRIBE

**Was this article helpful?**

Yes        No




ADVERTISEMENT

**Get the MNT newsletter**
Subscribe to receive our top news articles.

SUBSCRIBE

ADVERTISEMENT

**Get the MNT newsletter**

Stay up to date on the latest health news.

SUBSCRIBE

⚑ Answers represent the opinions of our medical experts. All content is strictly informational and should not be considered medical advice.

Read this article in Spanish.

ADVERTISEMENT

## Explore these resources for weight loss



**NOOM**
**Great for sustainable weight loss plans**
- Prioritizes a balanced relationship with food
- Uses a quiz to create a custom plan and estimated timeline
- Now pairs GLP-1 treatments with psychological support
- $209 per year with other plans available

**14-Day Free Trial**

TAKE QUIZ



**wellos**   MNT SISTER BRAND
**Great for healthy, holistic weight loss**
- Offers personalized nutrition support based on smart tracking
- Provides a quiz to determine what plan fits you best
- Includes 100+ lessons from dieticians and behavior change experts
- Only $25 per month

**Free 14-Day Trial**

TAKE QUIZ



**amazon one medical**
**Great for a modern approach to healthcare**
- Accessible and affordable care designed around your needs
- Offers 24/7 care, in-app health records, messaging, and more
- Accepts insurance for in-office and virtual visits
- $9/month with your Prime membership

GET STARTED



**Was this article helpful?**

Yes    No


ADVERTISEMENT

**Get the MNT newsletter**
Subscribe to receive our top news articles.

SUBSCRIBE

GET STARTED

**newsletter**
Stay up to date on the latest health news.

SUBSCRIBE

Last medically reviewed on July 17, 2018

Nutrition / Diet

**How we reviewed this article:**

ⓘ SOURCES

Share this article

 

**Was this article helpful?**

Yes    No

ADVERTISEMENT

# What are the health benefits of dark chocolate?



Medically reviewed by Katherine Marengo LDN, R.D., Nutrition — Written by Jamie Eske on March 20, 2019

Antioxidants | Heart disease risk | Anti-inflammatory effects | Insulin resistance |

Brain function | Nutritional information | Risks and considerations | Portion size |

Summary

ADVERTISEMENT

Dark chocolate is rich in minerals, such as iron, magnesium, and zinc. The cocoa in dark chocolate also contains antioxidants called flavonoids, which may provide several health benefits.

Chocolate comes from cacao, which is a plant with high levels of minerals and antioxidants. Commercial milk chocolate contains cocoa butter, sugar, milk, and small quantities of cacao. In contrast, dark chocolate has much larger amounts of cacao and less sugar than milk chocolate.

In this article, we explore some of the potential health benefits of dark chocolate. We also cover nutritional information, risks and considerations, and how much to eat.

ADVERTISEMENT

# Antioxidants

## Latest news


A ketogenic diet may help block the development of pancreatic cancer


How is heart disease linked to Alzheimer's development?

Eating more plant fats from


- Accepts insurance for in-office and virtual visits
- $9/month with your Prime membership

GET STARTED



newsletter
Stay up to date on the latest health news.

SUBSCRIBE

Last medically reviewed on July 17, 2018

Nutrition / Diet

## How we reviewed this article:

ⓘ SOURCES

Share this article

   

**Was this article helpful?**

 Yes       No

---

ADVERTISEMENT

---

# What are the health benefits of dark chocolate?



Medically reviewed by Katherine Marengo LDN, R.D., Nutrition — Written by Jamie Eske on March 20, 2019

Antioxidants | Heart disease risk | Anti-inflammatory effects | Insulin resistance |

Brain function | Nutritional information | Risks and considerations | Portion size |

Summary

ADVERTISEMENT

Dark chocolate is rich in minerals, such as iron, magnesium, and zinc. The cocoa in dark chocolate also contains antioxidants called flavonoids, which may provide several health benefits.

Chocolate comes from cacao, which is a plant with high levels of minerals and antioxidants. Commercial milk chocolate contains cocoa butter, sugar, milk, and small quantities of cacao. In contrast, dark chocolate has much larger amounts of cacao and less sugar than milk chocolate.

In this article, we explore some of the potential health benefits of dark chocolate. We also cover nutritional information, risks and considerations, and how much to eat.

ADVERTISEMENT

## Antioxidants

### Latest news

 A ketogenic diet may help block the development of pancreatic cancer

 How is heart disease linked to Alzheimer's development?

 Eating more plant fats from



ADVERTISEMENT

**With Bezzy for Depression, you're never alone.**

If you're living with depression, join others who understand what you're going through. Discover a safe space to find community, guidance, and support together.

LEARN MORE

Real-world advice    |    18K+ active members    |    Nightly discussions    bezzy DEPRESSION

BEZZY, A HEALTHLINE SISTER BRAND

# Heart disease risk

Regularly eating dark chocolate may help reduce a person's likelihood of developing heart disease. Some of the compounds in dark chocolate, specifically flavanols, affect two major risk factors for heart disease: high blood pressure and high cholesterol.

We discuss the potential benefits of dark chocolate for these two risk factors and others below:

## Blood pressure

The flavanols in dark chocolate stimulate nitric oxide production in the body. Nitric oxide causes blood vessels to dilate, or widen, which improves blood flow and lowers blood pressure.

A 2015 study ☉ investigated the effects of chocolate consumption in 60 people with type 2 diabetes and high blood pressure. The researchers found that participants who ate 25 grams (g) of dark chocolate daily for 8 weeks had significantly lower blood pressure than those who ate the same quantity of white chocolate.

The findings of a 2017 review ☉ showed that the beneficial effects of dark chocolate on blood pressure might be more significant in older people and those with a higher risk of cardiovascular disease, as opposed to younger, healthy individuals.

## Cholesterol

Dark chocolate also contains certain compounds, such as polyphenols and theobromine, that may lower levels of low-density lipoprotein (LDL) cholesterol in the body and increase levels of high-density lipoprotein (HDL) cholesterol. Doctors often refer to LDL cholesterol as "bad cholesterol" and HDL cholesterol as "good cholesterol."

A 2017 study reported that eating dark chocolate for 15 days raised HDL cholesterol levels in people living with HIV. However, dark chocolate consumption did not affect LDL cholesterol levels in the study participants.

ADVERTISEMENT

ADVERTISEMENT

levels in the study participants.

ADVERTISEMENT

## Anti-inflammatory effects



Eating dark chocolate may help reduce inflammation in the body.

ADVERTISEMENT

Inflammation is part of the body's natural immune response to germs and other harmful substances. However, chronic inflammation can damage cells and tissues and may increase the risk of some health conditions, including type 2 diabetes, arthritis, and certain types of cancer.

Dark chocolate contains compounds with anti-inflammatory properties that may help reduce inflammation in the body.

A small pilot study from 2018 involving five healthy people examined the effects of dark chocolate on the immune system. The results suggested that consuming large amounts of 70-percent dark chocolate affects the activity of genes that regulate the immune response. However, it remains unclear how this study will be of practical significance.

In another study from 2018 ⊛, researchers found that eating 30 g of 84-percent dark chocolate each day for 8 weeks significantly reduced inflammatory biomarkers in people with type 2 diabetes. The authors of the study concluded that there is a need for additional studies to evaluate the optimal amounts of dark chocolate to use to treat those with diabetes.

ADVERTISEMENT

## Healthy Weight-Loss Quiz

Take the quiz to find a weight-change strategy to help continue your wellness journey.

evaluate the optimal amounts of dark chocolate to use to treat those with diabetes.

## Healthy Weight-Loss Quiz

Take the quiz to find a weight-change strategy to help continue your wellness journey.

**QUESTION 1 OF 4**

### How much exercise do you get on an average day?

| None | Less than 30 minutes |

| More than 30 minutes |

NEXT

BACK

## Insulin resistance

Insulin resistance occurs when the body's cells stop responding to the hormone insulin. Insulin resistance can cause abnormally high levels of blood glucose, which can lead to prediabetes and type 2 diabetes.

A 6-month study from 2018 examined the relationship between regular dark chocolate consumption and blood glucose levels among Hispanic individuals. The research findings suggest that eating 48 g of 70-percent dark chocolate each day may help lower fasting glucose levels and reduce insulin resistance.

ADVERTISEMENT

ADVERTISEMENT

## Brain function

Eating dark chocolate may improve brain function and help prevent neurodegenerative conditions, such as Alzheimer's disease and Parkinson's disease.

The findings of a small 2018 study ● suggest that the flavanols present in dark chocolate may enhance neuroplasticity, which is the brain's ability to reorganize itself, particularly in response to injury and disease.

A study from 2016 identified a positive association between regular chocolate consumption and cognitive performance. However, the researchers collected data from surveys and had to rely on self-reported chocolate intake, so they were unable to draw any definitive conclusions from the findings.

enhance neuroplasticity, which is the brain's ability to reorganize itself, particularly in response to injury and disease.

A study from 2016 identified a positive association between regular chocolate consumption and cognitive performance. However, the researchers collected data from surveys and had to rely on self-reported chocolate intake, so they were unable to draw any definitive conclusions from the findings.



**Master healthy eating with our Nutrition Edition**

Join our Nutrition newsletter for honest insights, research updates, and tasty solutions to your food dilemmas 3 times a week. Ignite your passion for food that makes you feel good.

Enter your email                    JOIN NOW

☐ Also sign up for our popular Heart Health newsletter

Your privacy is important to us

ADVERTISEMENT

# Nutritional information



Dark chocolate with 70–85 percent cocoa is a good source of magnesium, zinc, and iron.

**Was this article helpful?**

Yes        No

According to the United States Department of Agriculture , a 101-g bar of dark chocolate with 70–85 percent cocoa solids provides:

- 604 calories
- 7.87 g of protein
- 43.06 g of fat
- 46.36 g of carbohydrates
- 11.00 g of dietary fiber
- 24.23 g of sugar
- 12.02 milligrams (mg) of iron

- 7.87 g of protein
- 43.06 g of fat
- 46.36 g of carbohydrates
- 11.00 g of dietary fiber
- 24.23 g of sugar
- 12.02 milligrams (mg) of iron
- 230.00 mg of magnesium
- 3.34 mg of zinc

## Risks and considerations

The health benefits of dark chocolate come primarily from the flavanols present in the cacao solids.

However, flavanol content varies among dark chocolate products. Processing methods also differ between manufacturers, and this can affect the flavanol content of the chocolate.

There is no legal requirement for chocolate manufacturers to report the flavanol content in their products. However, dark chocolate products with a higher percentage of cacao solids should generally contain more flavanols.

Although dark chocolate contains beneficial antioxidants and minerals, it is usually also high in sugar and fat, which makes it a very calorie-dense food.

Dark chocolate contains fat in the form of cocoa butter, which mainly consists of unhealthful saturated fats.

People should, therefore, try to limit their consumption of dark chocolate to avoid consuming too many calories, fats, and sugars.

In general, dark chocolate contains less sugar than milk chocolate and white chocolate. Dark chocolate with higher percentages of cacao solids typically contains even less sugar. Sugar content varies among chocolate manufacturers, so it is advisable to check the nutrition label.

## How much to eat?

Chocolate manufacturers do not have to report the flavanol content of their products. As a result, it is difficult to know how much dark chocolate a person would need to eat to maximize its health benefits.

The studies in this article generally used 20–30 g of dark chocolate per day. Dark chocolate with higher percentages of cacao solids typically contains less sugar but more fat. More cacao also means more flavanols, so it is best to choose dark chocolate that includes at least 70 percent cacao solids.

## Summary

Dark chocolate is a rich source of antioxidants and minerals, and it generally contains less sugar than milk chocolate.

percent cacao solids.

# Summary

Dark chocolate is a rich source of antioxidants and minerals, and it generally contains less sugar than milk chocolate.

Some research suggests that dark chocolate may help lower the risk of heart disease, reduce inflammation and insulin resistance, and improve brain function.

People who are interested in adding dark chocolate to their diet should keep in mind that it is high in fat and calories, so moderation is key.

ADVERTISEMENT

## Explore these resources for weight loss



### NOOM
**Great for sustainable weight loss plans**
- Prioritizes a balanced relationship with food
- Uses a quiz to create a custom plan and estimated timeline
- Now pairs GLP-1 treatments with psychological support
- $209 per year with other plans available

**14-Day Free Trial**

[ TAKE QUIZ ]



wellos    
**Great for healthy, holistic weight loss**
- Offers personalized nutrition support based on smart tracking
- Provides a quiz to determine what plan fits you best
- Includes 100+ lessons from dieticians and behavior change experts
- Only $25 per month

**Free 14-Day Trial**

[ TAKE QUIZ ]



amazon one medical
**Great for a modern approach to healthcare**
- Accessible and affordable care designed around your needs
- Offers 24/7 care, in-app health records, messaging, and more
- Accepts insurance for in-office and virtual visits
- $9/month with your Prime membership

[ GET STARTED ]



- Offers 24/7 care, in-app health records, messaging, and more
- Accepts insurance for in-office and virtual visits
- $9/month with your Prime membership

**GET STARTED**

Last medically reviewed on March 20, 2019

Diabetes    Heart Disease    Rheumatoid Arthritis    Nutrition / Diet

## How we reviewed this article:

ⓘ SOURCES

Share this article

   



## RELATED COVERAGE



### Chocolate: is it really good for our health?

With an increasing number of studies hailing the health benefits of chocolate, we look at whether the indulgent treat really is good...

READ MORE →

ADVERTISEMENT



Get the MNT newsletter

Stay up to date on the latest health news.

SUBSCRIBE



### Is there a link between dark chocolate and depression?

Scientists have discussed for decades whether chocolate can improve mood. The latest research links reduced depressive...

READ MORE →

### Why chocolate is good for your gut

Chocolate is a favorite snack of choice for many. Find out how it can influence your gut flora, keeping potentially harmful...

READ MORE →

ADVERTISEMENT



Get the MNT newsletter

Stay up to date on the latest health news.

SUBSCRIBE



- Offers 24/7 care, in-app health records, messaging, and more
- Accepts insurance for in-office and virtual visits
- $9/month with your Prime membership

**GET STARTED**

Last medically reviewed on March 20, 2019

Diabetes    Heart Disease    Rheumatoid Arthritis    Nutrition / Diet

## How we reviewed this article:

ⓘ SOURCES

Share this article



ADVERTISEMENT

# Chocolate: is it really good for our health?

Written by Honor Whiteman on June 18, 2015

ADVERTISEMENT

With the average American consuming around 4.5 kg of chocolate each year, it is safe to say it is one of the nation's most loved treats. It is not hard to fathom why; it tastes delicious and stimulates the release of endorphins – the "feel-good" hormones. And according to numerous studies in recent years, chocolate is amazingly good for our health... or is it?



The average American eats around 4.5 kg of chocolate annually.

## Latest news


A ketogenic diet may help block the development of pancreatic cancer


How is heart disease linked to Alzheimer's development?


Eating more plant fats from grains, vegetable oils may lower death risk

Earlier this week, *Medical News Today* reported on a study published in the journal *Heart*, in which researchers from the UK claim eating up to 100 g of chocolate daily may reduce the risk of heart attack and stroke.

and other spices to make a frothy drink.

The Olmec, Aztec and Mayan civilizations found chocolate to be a mood-lifting drink and an aphrodisiac, so much so that they believed the beverage had spiritual qualities. The Mayans even worshipped a cacao God, and the beverage was used for religious and sacred ceremonies, hence why chocolate is often referred to as the "food of the gods."

It wasn't until 1847 that chocolate became the solid edible bar we know and love today. A British chocolate company called J.S Fry & Sons created it using cocoa butter – vegetable fat extracted from the cocoa bean – cocoa powder and sugar.

In the late 1800s and early 1900s, well-known chocolate manufacturers such as Hershey, Cadbury and Mars were formed, and they have been bringing us an array of heavenly sweet treats ever since.

But while we are thankful to these companies for catering to our chocolate needs, they are also responsible for adding potentially unhealthy ingredients to what could be an otherwise healthy – albeit less tasty – food, giving chocolate its reputation as a diet demon.



**With Bezzy for Depression, you're never alone.**
If you're living with depression, join others who understand what you're going through. Discover a safe space to find community, guidance, and support together.

LEARN MORE

Real-world advice | 18K+ active members | Nightly discussions   **bezzy** DEPRESSION

BEZZY, A HEALTHLINE SISTER BRAND

## What is in our chocolate?

Cocoa beans – from which chocolate is made – are believed to contain more than 300 compounds that are beneficial to health.

They are packed full of flavanoids and flavanols, such as anthocyanidin and epicatechins. These are antioxidants, which are known to destroy free radicals in the body – chemicals that can cause damage to DNA and other cell components, accelerating aging and contributing to heart disease, cancer and other diseases.

ADVERTISEMENT

ADVERTISEMENT



The main ingredient in chocolate – cocoa beans – contains more than 300 compounds that are beneficial to health.

The darker the chocolate, the more flavanoids and flavanols it contains, which explains why the majority of chocolate studies have hailed dark chocolate – rather than milk or white – for its health benefits.

Cocoa beans also contain dopamine, phenylethylamine and serotonin, all of which are compounds that are known to enhance mood and promote feelings of well-being.

So if the main ingredient in chocolate is full of healthy compounds, why shouldn't we eat it by the bucketload?

Put simply, the negative health effects of chocolate primarily come from the additional ingredients that are added to it during the commercial manufacturing process. Sugar, full-fat cream and milk are just some of these ingredients, and the quantities in which they are added are not slight.

**A standard 43 g bar of Hershey's milk chocolate contains 13 g of fat, 24 g of sugar and 210 calories. Eating this product in high quantities could lead to weight gain, and being overweight can increase the risk of numerous health problems, including hypertension, diabetes and heart disease.**

Because of its high sugar content, chocolate may also raise the risk of dental problems – including gum disease and cavities – if consumed in high amounts.

Referring back to the *Heart* study, however, researchers claim that participants who consumed up to 100 g of chocolate a day were at lower risk of stroke and heart disease. This is an amount the equivalent to more than two Hershey's milk chocolate bars each day, which would take a person well above the recommended daily sugar intake of 25 g for woman and 37.5 g for men.

Can eating this amount of chocolate daily really be good for our health? Or has this study and many like it been overstated?

ADVERTISEMENT

ADVERTISEMENT

ADVERTISEMENT

## Are we succumbing to the media's hype?

ADVERTISEMENT

ADVERTISEMENT

# Are we succumbing to the media's hype?

Looking at the results of the *Heart* study more closely, the average daily chocolate consumption of the almost 158,000 participants studied was 7 g, while only some of the participants consumed 100 g of chocolate each day.

However, the researchers claim that higher chocolate consumption – up to 100 g daily – was associated with a greater reduction in heart disease and stroke risk. But it should be noted that most of these participants were younger with a lower body mass index ([BMI](#)) and [blood pressure](#), and they were less likely to have [diabetes](#).



Many studies associating chocolate with health benefits are badly conducted, but many news outlets continue to report their findings.

ADVERTISEMENT

"It is hard to know if the lower risk comes from chocolate or those other factors," says Science Media Centre – a media watchdog based in the UK. "The authors have tried to account for these as far as possible, but the nature of the study means that it is not possible to do that perfectly. Therefore, it is possible that the protective effect might be because of something else – not chocolate."

Despite this, the Internet was engulfed with media outlets claiming, "Two bars of chocolate a day 'lowers risk of stroke and heart disease'" and "Two chocolate bars a day can SLASH the risk of [heart attack](#) and stroke."

Could such media coverage be luring the general public into potentially false beliefs that chocolate consumption can have major health benefits?

Earlier this month, news outlets around the globe reported on a study conducted by Johannes Bohannon, PhD, research director of the Institute of Diet and Health, which claimed people who ate one chocolate bar a day alongside a low-carbohydrate diet lost weight 10% faster than controls.

As *MNT* revealed, however, the purpose of this study was to see how easy it would be to get [badly conducted research into the news](#). Though the study was real, it was actually conducted by a journalist called John Bohannon, and the Institute of Diet and Health does not exist.

**Was this article helpful?**

 Yes     No

Earlier this month, news outlets around the globe reported on a study conducted by Johannes Bohannon, PhD, research director of the Institute of Diet and Health, which claimed people who ate one chocolate bar a day alongside a low-carbohydrate diet lost weight 10% faster than controls.

As *MNT* revealed, however, the purpose of this study was to see how easy it would be to get badly conducted research into the news. Though the study was real, it was actually conducted by a journalist called John Bohannon, and the Institute of Diet and Health does not exist.

The study, which was published in the *International Archives of Medicine* and covered by news outlets including the *Huffington Post* and *The Daily Mail*, was hugely flawed. It contained only 16 participants who were only assessed for a 3-week period, meaning the findings were insignificant – factors that many news reporters failed to acknowledge.

"It was terrible science," said Bohannon in an article he penned for website *io9*. "The results are meaningless, and the health claims that the media blasted out to millions of people around the world are utterly unfounded."

Bohannon noted, however, that the general public were very critical of the findings, asking questions that should have been addressed by the reporting journalists. This suggests that many of us are not completely taken in by attention-grabbing headlines hailing the health benefits of chocolate.

However, this is not to say chocolate consumption offers no health benefits. Some well-conducted studies have found it could be good for us.

## Healthy Weight-Loss Quiz

Take the quiz to find a weight-change strategy to help continue your wellness journey.

**QUESTION 1 OF 4**

### How much exercise do you get on an average day?

| None | Less than 30 minutes |

| More than 30 minutes |

NEXT

BACK

# The potential health benefits of chocolate

For years, numerous studies have associated moderate chocolate consumption with better heart health. As well as the most recent example published in *Heart*, in February 2014, *MNT* reported on a study linking daily consumption of dark chocolate to reduced risk of atherosclerosis – thickening and hardening of the arteries.

A study published in 2012, conducted by researchers from the University of California-San

# The potential health benefits of chocolate

For years, numerous studies have associated moderate chocolate consumption with better heart health. As well as the most recent example published in *Heart*, in February 2014, *MNT* reported on a study linking daily consumption of dark chocolate to reduced risk of atherosclerosis – thickening and hardening of the arteries.

A study published in 2012, conducted by researchers from the University of California-San Diego School of Medicine, found dark chocolate may benefit patients with advanced heart failure and type 2 diabetes by enhancing the structure of mitochondria – the "powerhouses" of cells – while another study found that cocoa products may help to lower blood pressure.

The heart health benefits of chocolate have been put down to the antioxidants it contains, which, as mentioned previously, are found in cocoa beans. High levels of antioxidants can reduce the amount of low-density lipoprotein (LDL), or "bad," cholesterol that build up in artery walls, for example.

More and more studies are emerging in support of the heart health benefits of chocolate, particularly dark chocolate. However, increasingly, studies are suggesting there may be many more health benefits attached to the yummy treat.

In 2013, a study by researchers from Harvard Medical School in Boston, MA, claimed drinking two cups of hot chocolate each day may stave off memory decline in older age by preserving blood flow in working areas of the brain.

And another study, published in the *Journal of Agricultural Food and Chemistry* in 2014, suggested a flavanol in cocoa – called oligomeric procyandins – may protect against obesity and type 2 diabetes.

Our Knowledge Center article on the health benefits of chocolate looks at some of the other ways in which it could be good for us.

While numerous studies suggest there may be additional perks to indulging in a chocolatey treat, it should be noted that they are not conclusive, and research is ongoing to determine exactly what health benefits chocolate offers.

What is conclusive, however, is that eating excessive amounts of chocolate – as tempting as it might be – can lead to weight gain, increasing our risk of overweight and obesity and associated conditions, such as heart disease and diabetes.

But this doesn't mean we have to miss out. Like most foods high in sugar and fat, they can be consumed in moderation. As dietitian and spokesperson of the British Dietetic Association Alison Hornby says:

> "As an occasional treat, chocolate can be part of a healthy diet. Eaten too frequently, it is an unhealthy choice."

ADVERTISEMENT

## Explore these resources for weight loss



NOOM

ADVERTISEMENT

# Explore these resources for weight loss



**NOOM**

**Great for sustainable weight loss plans**

- Prioritizes a balanced relationship with food
- Uses a quiz to create a custom plan and estimated timeline
- Now pairs GLP-1 treatments with psychological support
- $209 per year with other plans available

**14-Day Free Trial**

TAKE QUIZ



wellos

MNT
SISTER BRAND

**Great for healthy, holistic weight loss**

- Offers personalized nutrition support based on smart tracking
- Provides a quiz to determine what plan fits you best
- Includes 100+ lessons from dieticians and behavior change experts
- Only $25 per month

**Free 14-Day Trial**

TAKE QUIZ



amazon one medical

**Great for a modern approach to healthcare**

- Accessible and affordable care designed around your needs
- Offers 24/7 care, in-app health records, messaging, and more
- Accepts insurance for in-office and virtual visits
- $9/month with your Prime membership

GET STARTED

Heart Disease   Cardiovascular / Cardiology   Clinical Trials / Drug Trials   Nutrition / Diet

## How we reviewed this article:

ⓘ SOURCES

Share this article



## How we reviewed this article:

ⓘ SOURCES

Share this article



## RELATED COVERAGE



### Is there a link between dark chocolate and depression?

Scientists have discussed for decades whether chocolate can improve mood. The latest research links reduced depressive...

READ MORE →

ADVERTISEMENT

Get the MNT newsletter

Stay up to date on the latest health news.

SUBSCRIBE



### Why chocolate is good for your gut

Chocolate is a favorite snack of choice for many. Find out how it can influence your gut flora, keeping potentially harmful...

READ MORE →



### Diabetes: Could eating baked potatoes over other carbs improve heart health?

A new study found that compared to an equivalent amount of white rice, people eating baked potatoes experienced a modest...

READ MORE →

ADVERTISEMENT

Get the MNT newsletter

Stay up to date on the latest health news.

SUBSCRIBE

       

## Get our newsletter

Keep up with the ever-changing world of medical science with new and emerging developments in health.

About Us

Contact Us

Terms of Use

Health Topics

Health Hubs

Medical Affairs



Severe menopause
symptoms linked to mild
cognitive impairment

Thanks to its flavor and texture, chocolate is a popular food. As a result, a large number of people tend to read and share any studies that investigate its potential health benefits .

Overall, its high sugar and fat content make chocolate a snack for people to enjoy in moderation, but consumers and experts are keen to find hidden depths to this silky wonder.

The most recent addition to chocolate's body of research comes from University College London (UCL) in the United Kingdom. The UCL team worked in conjunction with scientists from the University of Calgary and Alberta Health Services Canada.

The title of the UCL press release is, "People who eat dark chocolate less likely to be depressed," which is a bold header, indeed.

Before we continue, it is worth explaining that, as far as we can tell, this study did not receive funding from any chocolate manufacturers. The scientists published their results in the journal Depression & Anxiety .

ADVERTISEMENT

## Why study chocolate and depression?

Globally, depression is a sizable issue. Currently, talking therapies and medication are the most common treatments. As the authors explain, talking therapies are often oversubscribed, so doctors prescribe most people antidepressants.

However, these medications do not work for everyone. Also, according to the authors of the current study, about half of the people who receive a prescription for these drugs stop taking them within 6 weeks of beginning treatment.

**Finding lifestyle interventions that can improve depressive symptoms is a priority. Physical activity appears to benefit some people with depression, but it does not help everyone, and not everyone is physically able to exercise.**

Over the years, other scientists have also turned to dietary interventions to reduce depressive symptoms, with some success . Along these lines, the authors of the latest study explain that "[o]ne commonly consumed foodstuff postulated to have mood-enhancing properties is chocolate."

However, over the years, there have only been a few studies looking at whether chocolate truly can elevate mood in a clinically relevant way, and these experiments have produced mixed results .

## A more thorough approach

According to the authors, earlier studies did not account for a wide enough range of variables, and none looked at how the type of chocolate might influence the findings.

So, in their new study, the scientists controlled for a large number of potentially confounding variables, including weight, height, marital status, education, ethnicity, income, levels of education, smoking, and other health conditions.

ADVERTISEMENT

Affordable care from a therapist who understands you. Get matched with a licensed therapist on BetterHelp in as little as 24 hours.

**Enjoy 20% off your first month**



TAKE ASSESSMENT



| **4 million+** helped | Access Therapy 24/7 | Preferred by **94%** of users | MNT |

## A more thorough approach

According to the authors, earlier studies did not account for a wide enough range of variables, and none looked at how the type of chocolate might influence the findings.

So, in their new study, the scientists controlled for a large number of potentially confounding variables, including weight, height, marital status, education, ethnicity, income, levels of education, smoking, and other health conditions.

They also analyzed dark chocolate and nondark chocolate separately.

The scientists took data from the United States National Health and Nutrition Examination Survey. After excluding individuals who were underweight or had diabetes, they had 13,626 participants aged 20 years or older.

They assessed depressive symptoms using the Patient Health Questionnaire, which is a standard diagnostic tool for mental health disorders.

Information regarding chocolate consumption came from two 24-hour dietary recalls. The team took the first one in a face-to-face interview and the second via a telephone interview 3–10 days later.

ADVERTISEMENT

**Was this article helpful?**

 Yes  No

## The important question

Overall, 1,332 (11.1%) participants reported eating chocolate and, of these, 148 reported eating dark chocolate.

Individuals who ate chocolate were more likely to be non-Hispanic white and have a higher household income. They were also less likely to smoke or have obesity.

After taking into account the relevant variables, the researchers concluded that, overall, there was no association between chocolate consumption and a reduction in depressive symptoms. However, the story changed when they looked specifically at dark chocolate. The authors report:

After taking into account the relevant variables, the researchers concluded that, overall, there was no association between chocolate consumption and a reduction in depressive symptoms. However, the story changed when they looked specifically at dark chocolate. The authors report:

> "[I]ndividuals who reported any dark chocolate consumption had 70% lower odds of reporting clinically relevant depressive symptoms than those who did not report any chocolate consumption."

They also found that individuals who ate the most chocolate, regardless of its type, were less likely to report clinically relevant depressive symptoms than those who consumed no chocolate.



**With Bezzy for Depression, you're never alone.**

If you're living with depression, join others who understand what you're going through. Discover a safe space to find community, guidance, and support together.

[ LEARN MORE ]

**Real-world advice**    |    **18K+ active members**    |    **Nightly discussions**    bezzy DEPRESSION

BEZZY, A HEALTHLINE SISTER BRAND

## Is this good news?

The media might herald these findings as excellent news for chocolate lovers, but the authors call for caution. The study is observational, so the team cannot conclude that chocolate relieves depression. As lead author Dr. Sarah Jackson from UCL outlines:

**"Further research is required to clarify the direction of causation — it could be the case that depression causes people to lose their interest in eating chocolate, or there could be other factors that make people both less likely to eat dark chocolate and to be depressed."**

Also, Dr. Jackson explains that even if future research does establish a causal relationship, scientists will need to carry out more work to understand the biological mechanism and determine the "type and amount of chocolate consumption for optimal depression prevention and management."

Aside from the thorny issue of causation, it is worth remembering that although the study involved more than 13,000 people, only 148 — a relatively small pool of people — consumed dark chocolate.

Also, the researchers only recorded food intake for two 24-hour periods. It is easy to argue that this might not reflect someone's standard food intake over a week, let alone across months or years.

Aside from the thorny issue of causation, it is worth remembering that although the study involved more than 13,000 people, only 148 — a relatively small pool of people — consumed dark chocolate.

Also, the researchers only recorded food intake for two 24-hour periods. It is easy to argue that this might not reflect someone's standard food intake over a week, let alone across months or years.

In total, the findings add another layer to a relatively muddled collection of findings. Eating dark chocolate may or may not relieve depressive symptoms. While we await further research, moderation is probably the wisest path to tread.

ADVERTISEMENT

## Explore online talk therapy options









- Covered members pay an average copay of $30

**Special Offer: $85 off**

LEARN MORE



Online-Therapy.com🌿

★★★★★ **4.7** (2.9k) FROM **ONLINE-THERAPY.COM**

**Holistic programs with videos, journaling, and yoga**

- Great for cognitive behavioral therapy
- Therapy via messaging, live video chat, and worksheets
- $40 to $88/week, billed monthly

**20% off your first month**

LEARN MORE

Depression   Mental Health   Nutrition / Diet

Share this article



## RELATED COVERAGE



### Why chocolate is good for your gut

Chocolate is a favorite snack of choice for many. Find out how it can influence your gut flora, keeping potentially harmful...

READ MORE →

ADVERTISEMENT



**Get the MNT newsletter**

Stay up to date on the latest health news.

SUBSCRIBE



### Diabetes: Could eating baked potatoes over other carbs improve heart health?

A new study found that compared to an equivalent amount of white rice, people eating baked potatoes experienced a modest...

READ MORE →

## Latest news


A ketogenic diet may help block the development of pancreatic cancer


How is heart disease linked to Alzheimer's development?


Eating more plant fats from grains, vegetable oils may lower death risk


Red meat, sugar may be causing colorectal cancer in younger adults


Severe menopause symptoms linked to mild cognitive impairment

ADVERTISEMENT

Some bacteria enjoy chocolate as much as we do. They use the complex molecules in cocoa as their food source and provide us with a host of health benefits in turn.

First, some background: trillions of bacteria live in our guts. They contribute to our immune system, metabolism, and many other processes essential to human health.

When the delicate balance of microbes in our intestines is disturbed, it can have serious consequences.

Irritable bowel syndrome, chronic fatigue syndrome, autism spectrum disorders, allergies, asthma, and cancer have all been linked to abnormal gut microbiomes.

A healthful diet supports bacterial diversity and health, but could chocolate be an integral part of this?

ADVERTISEMENT

## Benefits of cocoa

Cocoa is the dry, non-fatty component prepared from the seeds of the *Theobroma cacao* tree and the ingredient that gives chocolate its characteristic taste.

Many health benefits have been attributed to cocoa and its potent antioxidant functions. These include lowering cholesterol, slowing down cognitive decline, and keeping the heart healthy.

Cocoa metabolism is partly dependent on the bacteria that live in our intestines.

**Our bodies are only able to absorb some of the nutrients in chocolate. As such, we need our tiny microbial passengers to break complex molecules into smaller components, which we would not be able to take into our bodies otherwise.**

This allows us to make full use of the many health-promoting molecules in cocoa. It doesn't stop there, however. The gut microbes also benefit from this relationship, which, in turn, has an even greater effect on our health.

## Gut health and inflammation

This allows us to make full use of the many health-promoting molecules in cocoa. It doesn't stop there, however. The gut microbes also benefit from this relationship, which, in turn, has an even greater effect on our health.

## Gut health and inflammation

Several studies show that the consumption of cocoa increases the levels of so-called friendly bacteria in the gut.

**Researchers from the Department of Food and Nutritional Sciences at the University of Reading in the United Kingdom measured higher levels of *Lactobacillus* and *Bifidobacterium* species in the intestines of human volunteers who drank high-cocoa chocolate milk for 4 weeks.**

The same team previously showed that components in cocoa can reduce the growth of *Clostridium histolyticum* bacteria, which are present in the guts of individuals with inflammatory bowel disease.

In pigs, higher levels of *Lactobacillus* and *Bifidobacterium* species were also found in the colon in response to a high-cocoa diet. Interestingly, the expression of known inflammatory markers was reduced.

Friendly bacteria including *Lactobacillus* and *Bifidobacterium* have, in fact, been implicated in actively promoting anti-inflammatory processes in our intestines, keeping our gut healthy.

ADVERTISEMENT

ADVERTISEMENT

**Was this article helpful?**

 Yes  No

## Chocolate as part of a healthful diet

Despite the fact that these scientific studies support the claim that cocoa can be beneficial for our gut microbiomes, cocoa does not equal chocolate.

**The cocoa extracts used in research do not contain the high levels of sugar and fat found in our everyday chocolate bars.**

Unsweetened cocoa powder or high-cocoa content dark chocolate are the closest alternatives to the cocoa used in these studies. Consumed in moderation, chocolate may therefore promote friendly bacteria, and, by extension, a healthy gut, keeping inflammation at bay.

When choosing your next chocolate treat, join the *Medical News Today* editorial team in their choice and opt for a nice piece of dark chocolate.

ADVERTISEMENT

## Find the right probiotic option for you

**Seed Health DS-01 Daily Synbiotic**
*Great for enhancing whole-body health*
- Formulated for digestive comfort

our gut microbiomes, cocoa does not equal chocolate.

**The cocoa extracts used in research do not contain the high levels of sugar and fat found in our everyday chocolate bars.**

Unsweetened cocoa powder or high-cocoa content dark chocolate are the closest alternatives to the cocoa used in these studies. Consumed in moderation, chocolate may therefore promote friendly bacteria, and, by extension, a healthy gut, keeping inflammation at bay.

When choosing your next chocolate treat, join the *Medical News Today* editorial team in their choice and opt for a nice piece of dark chocolate.

ADVERTISEMENT

## Find the right probiotic option for you



**Seed Health DS-01 Daily Synbiotic**
*Great for enhancing whole-body health*
- Formulated for digestive comfort
- Promotes healthy regularity
- Supports skin and heart health
- Plant-based, FODMAP-friendly prebiotic

Use code 25HEALTHLINE for 25% off your first month

SHOP NOW



**Ritual Synbiotic+**
*Great for a comprehensive vitamin*
- Offers 3-in-1 formula for bloating, gut, and immune support
- $54 for a 1-month supply
- Rated 4.4 out of 5 stars on Ritual

SHOP NOW

Irritable Bowel Syndrome    Gastrointestinal / Gastroenterology    Infectious Diseases / Bacteria / Viruses    Nutrition / Diet

Share this article

ADVERTISEMENT

# Diabetes: Could eating baked potatoes over other carbs improve heart health?



Written by Robby Berman on August 15, 2024 —
Fact checked by Jill Seladi-Schulman, Ph.D.

# Diabetes: Could eating baked potatoes over other carbs improve heart health?


Written by Robby Berman on
August 15, 2024 —
Fact checked by Jill Seladi-Schulman, Ph.D.

ADVERTISEMENT


Scientists saw that baked potatoes improved many health markers in people with diabetes. GMVozd/Getty Images

- A new study suggests that baked and roasted potatoes can help people with type 2 diabetes maintain healthy blood sugar levels and reduce their waistlines.
- The study compared baked potatoes with another carbohydrate — an equivalent portion of white rice.
- Potatoes in any form that have been fried are not beneficial to one's health, so their method of preparation is key, experts warn.

There are more than 4,000 types of potatoes worldwide packed with nutrients. A new study finds that these compact vegetables when cooked properly, can help people with diabetes lose weight and maintain healthier blood sugar levels.

**Compared to a control group consuming an equivalent amount of white rice, people eating baked potatoes experienced a modest decrease in fasting blood glucose levels, waist circumference, resting heart rate, and improvements in body composition.**

The principal investigator of the study was Neda Akhavan, PhD, RD, assistant professor in the Kinesiology and Nutrition Sciences Department of the University of Nevada.

Each of the 24 participants had type 2 diabetes.

Half of the individuals were given a 100 mg baked potato containing 20 grams of carbohydrates. They were expected to eat them along with the potato skin as a snack or side dish with their meals daily for 12 weeks. They were asked not to fry their baked potatoes.

The remaining participants were given an equivalent amount of white rice, with the same number of carbohydrates and calories.

Participants were allowed to adorn their snacks/sides with up to half a tablespoon of butter and add herbs or spices to taste.

## Latest news


How is heart disease linked to Alzheimer's development?


Eating more plant fats from grains, vegetable oils may lower death risk


Red meat, sugar may be causing colorectal cancer in younger adults


Severe menopause symptoms linked to mild cognitive impairment


Shingles linked with higher risk of experiencing cognitive decline

ADVERTISEMENT

# Diabetes: Could eating baked potatoes over other carbs improve heart health?



Written by Robby Berman on
August 15, 2024 —
Fact checked by Jill Seladi-
Schulman, Ph.D.

ADVERTISEMENT



Scientists saw that baked potatoes improved many health markers in people with diabetes. GMVozd/Getty Images

- **A new study suggests that baked and roasted potatoes can help people with type 2 diabetes maintain healthy blood sugar levels and reduce their waistlines.**
- **The study compared baked potatoes with another carbohydrate — an equivalent portion of white rice.**
- **Potatoes in any form that have been fried are not beneficial to one's health, so their method of preparation is key, experts warn.**

There are more than 4,000 types of potatoes worldwide packed with nutrients. A new study finds that these compact vegetables when cooked properly, can help people with diabetes lose weight and maintain healthier blood sugar levels.

**Compared to a control group consuming an equivalent amount of white rice, people eating baked potatoes experienced a modest decrease in fasting blood glucose levels, waist circumference, resting heart rate, and improvements in body composition.**

The principal investigator of the study was Neda Akhavan, PhD, RD, assistant professor in the Kinesiology and Nutrition Sciences Department of the University of Nevada.

Each of the 24 participants had type 2 diabetes.

Half of the individuals were given a 100 mg baked potato containing 20 grams of carbohydrates. They were expected to eat them along with the potato skin as a snack or side dish with their meals daily for 12 weeks. They were asked not to fry their baked potatoes.

The remaining participants were given an equivalent amount of white rice, with the same number of carbohydrates and calories.

Participants were allowed to adorn their snacks/sides with up to half a tablespoon of butter and add herbs or spices to taste.

## Latest news



How is heart disease linked to Alzheimer's development?



Eating more plant fats from grains, vegetable oils may lower death risk



Red meat, sugar may be causing colorectal cancer in younger adults



Severe menopause symptoms linked to mild cognitive impairment



Shingles linked with higher risk of experiencing cognitive decline

ADVERTISEMENT

Half of the individuals were given a 100 mg baked potato containing 20 grams of carbohydrates. They were expected to eat them along with the potato skin as a snack or side dish with their meals daily for 12 weeks. They were asked not to fry their baked potatoes.

The remaining participants were given an equivalent amount of white rice, with the same number of carbohydrates and calories.

Participants were allowed to adorn their snacks/sides with up to half a tablespoon of butter and add herbs or spices to taste.

It is important to note that the results of this study have not yet been published in a peer-reviewed journal. The Alliance for Potato Research and Education was also a collaborator.

ADVERTISEMENT

## Different ways to consume potatoes

Potatoes are often considered an unhealthy food choice, and this may often be true, depending on the means by which they are cooked.

French fries and potato chips are all fried, for example. Michelle Routhenstein, MS, RD, CDCES, preventive cardiology dietitian at EntirelyNourished.com explained how the frying process turns a healthy potato into a nutritional problem.

"Frying potatoes introduces unhealthy trans fats and adds extra calories, worsening overall health and heart health. [This]makes them unhealthy because it creates Advanced Glycation End-products (AGEs), which can cause inflammation and oxidative stress, raising the risk of chronic diseases," she explained.

**According to Akhavan, the healthiest ways to prepare potatoes are by baking or roasting them.**

Routhenstein agreed, saying, "Baked potatoes are rich in nutrients such as potassium, vitamin B6, folate, and dietary fiber, which help to support heart health, digestive function, and can assist in weight management."

ADVERTISEMENT



**With Bezzy for Depression, you're never alone.**
If you're living with depression, join others who understand what you're going through. Discover a safe space to find community, guidance, and support together.

LEARN MORE

Real-world advice | 18K+ active members | Nightly discussions | bezzy DEPRESSION

BEZZY, A HEALTHLINE SISTER BRAND

## Healthy toppings for baked and roasted

| Real-world advice | 18K+ active members | Nightly discussions | bezzy DEPRESSION |
| --- | --- | --- | --- |

BEZZY, A HEALTHLINE SISTER BRAND

# Healthy toppings for baked and roasted potatoes

Routhenstein suggested various toppings that can enhance the flavor of a baked potato and that are healthy for people with diabetes.

These include plain Greek yogurt for protein, non-starchy vegetables for fiber, lean proteins such as grilled chicken or tofu, fresh herbs for flavor, and avocado for healthy fats.

"These additions help keep blood sugar levels stable," she said.

A little extra virgin olive oil and a pinch of rosemary are also delicious additions to roasted potatoes.

ADVERTISEMENT

# Does boiling potatoes diminish nutrients?

Although boiling potatoes is better than frying them, this preparation method is not as healthy as baking or roasting.

"Boiling potatoes can reduce their nutritive value by causing the loss of minerals, including potassium, in which potatoes are rich, [causing them to] leach into the cooking water," Akhavan noted.

> "Additionally, boiling potatoes can also decrease their fiber content when compared to baking potatoes, due to the way the cooking process affects the potato's structure. When potatoes are boiled, their cell walls break down more extensively, and some of the soluble fiber can also leach into the cooking water."
> — Neda Akhavan, PhD, RD



**Sick and tired of feeling sick and tired?**

Wellos is here to help you feel your best. You'll get access to behavior change experts that'll help you build energy boosting habits and stay motivated towards your health or weight loss goals.

LEARN MORE

wellos

**Was this article helpful?**

 Yes      No

---

Document title: Chocolate: Health benefits, facts, and research
Capture URL: https://www.medicalnewstoday.com/articles/270272
Capture timestamp (UTC): Wed, 21 Aug 2024 17:19:33 GMT



weight loss goals.

LEARN MORE



| 5,000+ healthy recipes | Tracking & personalized insights | Tailored coaching & support |

WELLOS, AN MNT SISTER BRAND

## Is brown rice and pasta better for people with diabetes?

The study compared potatoes to white rice, which is similar to refined pasta in that it is "processed in a way that reduces its fiber content. This can increase its glycemic index, causing faster spikes in blood sugar, which is not ideal for diabetics especially," said Akhavan.

**"Brown rice typically offers better health benefits than white rice due to its higher fiber content and retained nutrients such as B vitamins and magnesium. This can lead to more stable blood sugar levels and improved digestive health," she said.**

Whole grain pasta, therefore, "has more fiber and other nutrients, similar to brown rice, which helps with better blood sugar control and even satiety," she added.

In any event, portion control remains important for potatoes and rice or pasta, as does the method of preparation and other foods consumed throughout the day.

ADVERTISEMENT

## Eating potato skins for more fiber

Potato skins provide a significant amount of a potato's nutritional value in any event.

**"If the skins are removed before boiling a potato, a significant portion of its fiber can be lost since most of the fiber is concentrated in, or just below, the skin," warned Akhavan.**

The potato skin contains "'resistance starch,'" which Akhavan explains, is a "type of starch that escapes digestion in the small intestine and reaches the large intestine, where it functions similarly to dietary fiber (which is also a non-digestible carbohydrate)."

Further, "Studies have shown the health benefits of resistant starch for improving blood sugar levels and lipid profiles, in addition to supporting gut health by promoting the growth of beneficial bacteria," she added.

Some people resist eating potato skins on baked or roasted potatoes.

"In order to maximize the benefits from consuming potatoes, you always want to eat the skin, which can be seasoned and has a great savory and nutty flavor (especially when baked). Don't

Further, "Studies have shown the health benefits of resistant starch for improving blood sugar levels and lipid profiles, in addition to supporting gut health by promoting the growth of beneficial bacteria," she added.

Some people resist eating potato skins on baked or roasted potatoes.

"In order to maximize the benefits from consuming potatoes, you always want to eat the skin, which can be seasoned and has a great savory and nutty flavor (especially when baked). Don't knock it 'til you try it, you may really like it!" she said.

ADVERTISEMENT

## Explore these resources for weight loss



### NOOM
**Great for sustainable weight loss plans**

- Prioritizes a balanced relationship with food
- Uses a quiz to create a custom plan and estimated timeline
- Now pairs GLP-1 treatments with psychological support
- $209 per year with other plans available

**14-Day Free Trial**

TAKE QUIZ



wellos     MNT SISTER BRAND

**Great for healthy, holistic weight loss**

- Offers personalized nutrition support based on smart tracking
- Provides a quiz to determine what plan fits you best
- Includes 100+ lessons from dieticians and behavior change experts
- Only $25 per month

**Free 14-Day Trial**

TAKE QUIZ



amazon one medical

**Great for a modern approach to healthcare**

- Accessible and affordable care designed around your needs
- Offers 24/7 care, in-app health records, messaging, and more
- Accepts insurance for in-office and virtual visits
- $9/month with your Prime membership

GET STARTED

Diabetes     Type 2     Heart Disease     Cardiovascular / Cardiology     Nutrition / Diet

Share this article