# EXHIBIT 54

RECOMMENDED   [T] Food Integrity Global 2024 – Grab your tickets today!   [NEW PODCAST] Diving into cultivated fish developments with For



About us | Advertise with us | Contact us

Search...

Login | Subscribe Free | Email Sign-up



NEW FOOD U.S. | NEWS | ARTICLES | MAGAZINE | WHITEPAPERS / APP NOTES | WEBINARS | VIDEOS | PODCASTS | CONTENT HUBS | EVENTS

RETAIL & HOSPITALITY | ECONOMIC OUTLOOK | FOOD SAFETY | HEALTH & NUTRITION | INGREDIENTS | MANUFACTURING | PRODUCT DEV | QA/QC | REGS & LEGS
SUSTAINABILITY

ARTICLE

# Top 5 high risk ingredients when it comes to heavy metals

When did you last take a look at the safety and quality of your ingredients in relation to heavy metals? Jaclyn Bowen from the Clean Label Project gives you the top 5 ingredients at risk in her heavy metal 'cheat sheet'.



On August 14th, the Los Angeles City Attorney, Mike Feuer[1], announced that his office reached an unprecedented $1.75 million settlement, including $1.5 mn in consumer restitution, with Rainbow Light Nutritional Systems, LLC and affiliated companies – all owned by The Clorox Company. The reason: unsubstantiated label claims and high levels of lead in prenatal vitamins.



By Jaclyn Bowen

21 August 2019

No comments yet

SHARES

RELATED TOPICS

Clean Label, Contaminants, Food Safety, Outbreaks & product recalls, recalls

RELATED ORGANISATIONS



Clean Label Project









This website uses cookies to enable, optimise and analyse site operations, as well as to provide personalised content and allow you to connect to social media. By clicking "I agree" you consent to the use of cookies for non-essential functions and the related processing of personal data. You can adjust your cookie and associated data processing preferences at any time via our "Cookie Settings". Please view our Cookie Policy to learn more about the use of cookies on our website.

Manage your cookies    Yes, I agree

On August 14th, the Los Angeles City Attorney, Mike Feuer[1], announced that his office reached an unprecedented $1.75 million settlement, including $1.5 mn in consumer restitution, with Rainbow Light Nutritional Systems, LLC and affiliated companies – all owned by The Clorox Company. The reason: unsubstantiated label claims and high levels of lead in prenatal vitamins.

While you may have your HACCP (Hazard analysis and critical control points) programme squared away and Global Food Safety Initiative Benchmarked Standard certificate in hand, when was the last time you took a look at the safety and quality of your ingredients through the lens of heavy metals?

Not to worry. Here's a cheat sheet for the high-risk ingredients to watch out for...

By Jacyln Bowen

21 August 2019

**Food Integrity Global 2024**

Food Integrity Global is BACK AND IN-PERSON from 10-11 September 2024 in Amsterdam.

Join us as a sponsor at Food Integrity Global and you can:

~ Put your company, products and services in front of senior-decision makers from all facets of the f&b industry

~ Build new, and grow existing, relationships – every application for a VIP pass is screened, so you are guaranteed to only meet those at the top of their field

~ Network with an unrivalled gathering of like minded industry leaders from around the world

~ Connect with our speakers who are internationally renowned and of high calibre - giving you direct access to figureheads that you wouldn't normally get access to

~ Reunite with your peers, face to face, during networking breaks and social events

Topics covered include: Food safety, food security, cultured meat, regulation and legislation, allergen management

Speakers from: The Wendy's Company, Walmart, ADM, Papa John's Pizza, Mars, Kerry, GFI Europe, Nomad Foods

VIEW SPONSORSHIP OPPORTUNITIES

1. **Culprit: Chocolate:**

SHARES

RELATED TOPICS

Clean Label, Contaminants, Food Safety, Outbreaks & product recalls, recalls

RELATED ORGANISATIONS

Clean Label Project

Most popular...

Plant-based diets have potential to reduce greenhouse gas emissions

Parental eating behaviours strongly influence children's dietary patterns

M&S shifts to paper packaging for two garlic baguette products

Recall Roundup: Undeclared ingredients and lead contamination

New grant awarded to support the progression of hydroponic food production

Read the latest issue

All subscriptions include online membership, giving you access to the journal and exclusive content.

SUBSCRIBE TODAY

This website uses cookies to enable, optimise and analyse site operations, as well as to provide personalised content and allow you to connect to social media. By clicking "I agree" you consent to the use of cookies for non-essential functions and the related processing of personal data. You can adjust your cookie and associated data processing preferences at any time via our "Cookie Settings". Please view our Cookie Policy to learn more about the use of cookies on our website.

Manage your cookies    Yes, I agree

Pizza, Mars, Kerry, GFI Europe, Nomad Foods

**VIEW SPONSORSHIP OPPORTUNITIES**

## 1. Culprit: Chocolate:

**Heavy Metal of Concern: Cadmium**

According to Berkeley Wellness[2], Cadmium is naturally found in soil – a result of, for example, volcanic activity, forest fires, and weathering of rocks – and is taken up by many plants, including cocoa. However, soil can also be contaminated by "man-made" sources of cadmium, such as from the manufacturing of certain batteries and the use of phosphate fertilizers.

In 2016, consumer health watchdog As You Sow[3] released results showing that 35 of 50 chocolate products tested, expose consumers to lead and cadmium above levels set by California's Safe Drinking Water and Toxic Enforcement Act. The European Union[4] recently implemented maximum Cadmium tolerances in cocoa products. Do you know how your cocoa supplier fairs?

## 2. Culprit: Rice and rice-based ingredients

**Heavy Metal of Concern: Arsenic**

In 2012, Dartmouth released a study[5] revealing high levels of arsenic in foods sweetened with brown rice syrup. Today, the arsenic in rice saga continues. In 2017, Congresswoman Rosa DeLauro (CT-03) introduced legislation[6] to limit the amount of inorganic arsenic that is permitted in rice and rice-based products.

Time to take a look at how your rice-based ingredients stack up.

## 3. Culprit: Fish-based ingredients

**Heavy Metal of Concern: Mercury**

According to Harvard Health[7], fish is an excellent source of protein, and its healthy oils protect against cardiovascular disease. However, nearly all fish and shellfish contain traces of mercury, a toxic metal. As small fish are eaten by larger fish up the food chain, concentrations of mercury increase, so that large, predatory deep-ocean fish tend to contain the highest levels. Do you use fish-based ingredients or fortify with fish oil? Perhaps it's time to have the finished product tested for mercury levels.

## 4. Culprit: Spices



By Jacyln Bowen

21 August 2019

No comments yet

**SHARES**

**RELATED TOPICS**

Clean Label, Contaminants, Food Safety, Outbreaks & product recalls, recalls

**RELATED ORGANISATIONS**

Clean Label Project

This website uses cookies to enable, optimise and analyse site operations, as well as to provide personalised content and allow you to connect to social media. By clicking "I agree" you consent to the use of cookies for non-essential functions and the related processing of personal data. You can adjust your cookie and associated data processing preferences at any time via our "Cookie Settings". Please view our Cookie Policy to learn more about the use of cookies on our website.

Manage your cookies    Yes, I agree

contain traces of mercury, a toxic metal. As small fish are eaten by larger fish up the food chain, concentrations of mercury increase. As a rule, predatory deep-ocean fish tend to contain the highest levels. Do you use fish-based ingredients or fortify with fish oil? Perhaps it's time to have the finished product tested for mercury levels.

4. ## Culprit: Spices

Heavy Metal of Concern: Lead

In October 2018, a child in Michigan was diagnosed with lead poisoning. The contamination was detected as a result of an investigation[8] into a child with elevated blood lead levels possibly linked to cooking spices. It was ultimately narrowed down to curry powder. This investigation contributed to a number of curry powders being recalled due to lead[9]. Do you flavor your products with curry powders?

5. ## Culprit: Water

Heavy Metal of Concern: Lead

While the FDA Code of Federal Regulations[10] is pretty prescriptive for what it takes for waster to be considered potable, news about high levels of lead in the municipal water supply continue. On August 19, 2019, Rolling Stone published[11] an article entitled *From Flint to Newark to Pittsburgh: Why do American Cities Fail to Protect Our Water?* highlighting that in some of these major cities, bottled water is being passed out to residents for drinking and cooking.

Time to check the water purity and safety of the water used at your facility.

---

**About the author**

Jaclyn Bowen MPH, MS is the Executive Director of Clean Label Project and a food safety and quality systems engineer. Prior to coming to Clean Label Project, she spent 15 years at the World Health Organization Collaborating Centre, NSF International, working on the creation and enforcement of food safety and water quality standards and compliance systems.

---

1. https://www.lacityattorney.org/single-post/2019/08/14/LA-CITY-ATTORNEY-MIKE-FEUER-REACHES-LANDMARK-SETTLEMENT-WITH-RAINBOW-LIGHT-REDUCING-LEAD-IN-PRENATAL-VITAMINS
2. https://www.berkeleywellness.com/healthy-eating/food-safety/article/there-cadmium-your-cocoa
3. https://www.asyousow.org/environmental-health/toxic-enforcement/toxic-chocolate
4. https://ec.europa.eu/food/sites/food/files/safety/docs/cs_contaminants_catalogue_cadmium_chocolate_en.pdf



By Jacyln Bowen

21 August 2019

💬 No comments yet

**SHARES**

**RELATED TOPICS**

Clean Label, Contaminants, Food Safety, Outbreaks & product recalls, recalls

**RELATED ORGANISATIONS**

Clean Label Project

---

This website uses cookies to enable, optimise and analyse site operations, as well as to provide personalised content and allow you to connect to social media. By clicking "I agree" you consent to the use of cookies for non-essential functions and the related processing of personal data. You can adjust your cookie and associated data processing preferences at any time via our "Cookie Settings". Please view our Cookie Policy to learn more about the use of cookies on our website.

Manage your cookies    Yes, I agree

2. https://www.berkeleywellness.com/healthy-eating/food-safety/article/there-cadmium-your-cocoa
3. https://www.asyousow.org/environmental-health/toxic-enforcement/toxic-chocolate
4. https://ec.europa.eu/food/sites/food/files/safety/docs/cs_contaminants_catalogue_cadmium_chocolate_en.pdf
5. https://news.dartmouth.edu/news/2012/02/organic-food-sweetener-may-be-hidden-source-dietary-arsenic
6. https://delauro.house.gov/media-center/press-releases/delauro-introduces-legislation-limit-arsenic-rice
7. https://www.health.harvard.edu/staying-healthy/what-to-do-about-mercury-in-fish
8. https://www.freep.com/story/news/local/michigan/2018/10/26/lead-tainted-curry-powder-michigan/1776948002/
9. https://www.foodsafetynews.com/2018/10/more-curry-recalled-for-excessive-lead/
10. https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm?fr=1250.3
11. https://www.rollingstone.com/politics/politics-news/flint-newark-pittsburgh-lead-in-drinking-water-873584/

By Jacyln Bowen

21 August 2019

No comments yet

SHARES

RELATED TOPICS

Clean Label, Contaminants, Food Safety, Outbreaks & product recalls, recalls

RELATED ORGANISATIONS

Clean Label Project

### RELATED CONTENT



**WEBINAR**

Staying ahead of the curve: Harnessing informatics to meet changing F&B consumer expectations

By STARLIMS Corporation



**NEWS**

New grant awarded to support the progression of hydroponic food production

By Leah Hockley



**ARTICLE**

eBook: Mastering food quality: Innovative analytical solutions for optimised laboratory operations

By Waters Corporation



**NEWS**

Recall Roundup: Undeclared ingredients and lead contamination

By Leah Hockley

## Leave a Reply

Your email address will not be published. Required fields are marked *

**COMMENT ***

This website uses cookies to enable, optimise and analyse site operations, as well as to provide personalised content and allow you to connect to social media. By clicking "I agree" you consent to the use of cookies for non-essential functions and the related processing of personal data. You can adjust your cookie and associated data processing preferences at any time via our "Cookie Settings". Please view our Cookie Policy to learn more about the use of cookies on our website.

Manage your cookies    Yes, I agree