# EXHIBIT 59

A clear view at your fingertips  $5 for 1 year  Subscribe now

USA TODAY | TOP MOVIE, TV PICKS: SIGN UP NOW — Watch Party Newsletter | HEALTH BENEFITS EXPLAINED — Apple cider vinegar | THE STARS DO IT — Is Pilates for you? | DEFINITION EXPLAINED — 'Ambient gaslighting' | SUBSCRIBE NOW $5 for 1 year

U.S. | Elections | Sports | Entertainment | [ Life ] | Money | Tech | Travel | Opinion | 72°F | Subscribe | Sign In

Advertisement - scroll for more content

Search for
1. BABY TEETHING CHART
2. FOOD CHART FOR BABIES
3. DEALS ON BABY FOOD
4. CERELAC BABY FOOD
5. BABY SOLID FOOD SCHEDULE
6. BABY'S FIRST FOODS
7. MONTH BY MONTH BABY FOOD GUIDE
8. 6 MONTH OLD BABY FOOD CHART
Yahoo! Search

**PARENTING**

Babies (human)   Add Topic+

# 6 ways parents can reduce heavy metals in the food they give their babies

**Amy Haneline** and **Sonja Haller** USA TODAY
Published 1:34 p.m. ET Oct. 18, 2019 | Updated 1:42 p.m. ET Oct. 18, 2019

  



A report released Thursday found that 95% of baby foods contain heavy metals. Here's what parents can do to reduce their children's consumption. *Lisa5201, Getty Images*

A report released Thursday found 95% of baby foods are contaminated with one or more toxic heavy metals.

The study conducted by the Healthy Babies Bright Futures organization tested 168 baby foods from 61 brands and nearly all of them contained some amount of lead, arsenic, mercury or cadmium.

It isn't the first time a study has discovered this. A report released last year by Consumer Reports found the same metals in baby foods labeled "organic," something parents didn't

**More Stories**



Sweet potatoes are delicious, but are they good for us?
LIFE

Hair loss: Can vitamins really regrow your hair? Experts weigh in
LIFE

Illinois Seniors: Get A $150k Life Insurance Policy For $12/month
Insurance Policy | search ads | Ad

Document title: Toxic metal in baby food: Here's how parents can reduce consumption
Capture URL: https://www.usatoday.com/story/life/parenting/2019/10/18/toxic-metal-baby-food-heres-how-parents-can-reduce-exposure/4022129002/
Capture timestamp (UTC): Wed, 21 Aug 2024 16:46:04 GMT
Page 1 of 11
TJID 20240823_0000251


A clear view at your fingertips
TOP MOVIE, TV PICKS: SIGN UP NOW
Watch Party Newsletter
HEALTH BENEFITS EXPLAINED
Apple cider vinegar
THE STARS DO IT
Is Pilates for you?
DEFINITION EXPLAINED
'Ambient gaslighting'
$5 for 1 year
Subscribe now
SUBSCRIBE NOW
$5 for 1 year

U.S. | Elections | Sports | Entertainment | [ Life ] | Money | Tech | Travel | Opinion | 72°F | Subscribe | Sign In

foods from 61 brands and nearly all of them contained some amount of lead, arsenic, mercury or cadmium.

It isn't the first time a study has discovered this. A report released last year by Consumer Reports found the same metals in baby foods labeled "organic," something parents didn't expect out of those products.

## Why are they finding metals in baby food?

The U.S. Food and Drug Administration's website says that metals can't be entirely eliminated from foods because these metals are found in the air, water and soil and then taken up by plants as they grow.


Advertisement

The FDA monitors these levels to try to reduce the risk, it reports, especially for infants and children, to whom it can be most harmful.

According to the press release from the most recent study, these toxins can impact the growth of babies' brain, lower IQ and increase the chance of cancer as well as lifelong deficits in intelligence.


The FDA says that metals are found in food because these metals are found in the air, water and soil and then taken up by plants as they grow *Molly J. Smith, (Salem, Ore.) Statesman Journal*


Illinois Seniors: Get A $150k Life Insurance Policy For $12/month
Insurance Policy | search ads | Ad


We're always working to improve your experience. Let us know what you think.

Advertisement


Document title: Toxic metal in baby food: Here&#39;s how parents can reduce consumption
Capture URL: https://www.usatoday.com/story/life/parenting/2019/10/18/toxic-metal-baby-food-heres-how-parents-can-reduce-exposure/4022129002/
Capture timestamp (UTC): Wed, 21 Aug 2024 16:46:04 GMT
Page 2 of 11
TJID 20240823_0000252

USA TODAY

TOP MOVIE, TV PICKS: SIGN UP NOW
Watch Party Newsletter

HEALTH BENEFITS EXPLAINED
Apple cider vinegar

THE STARS DO IT
Is Pilates for you?

DEFINITION EXPLAINED
'Ambient gaslighting'

SUBSCRIBE NOW
$5 for 1 year

U.S.   Elections   Sports   Entertainment   [ Life ]   Money   Tech   Travel   Opinion   72°F   Subscribe   Sign In

A clear view at your fingertips
$5 for 1 year
Subscribe now



The FDA says that metals are found in food because these metals are found in the air, water and soil and then taken up by plants as they grow *Molly J. Smith, (Salem, Ore.) Statesman Journal*

## What can parents do?

It may be impossible to completely eliminate all heavy metals from food. But Consumer Reports suggests steps parents can take to reduce heavy metals in the food they give their children.

> "Making changes now will go a long way to protecting your children, regardless of any prior exposure," James Dickerson, Consumer Reports' chief scientific officer, previously told USA TODAY.

### 1. Limit the amount of infant rice cereal your child eats

Cereal is often a baby's first solid food because it is easy to swallow and fortified with iron. But Consumer Reports notes concerns about levels of inorganic arsenic in the product. Consider choosing oatmeal or multigrain cereal instead.

### 2. Be picky about the types of rice your child eats

Brown rice had more inorganic arsenic than white rice of the same type. Rice cakes, cereal and pasta were also high in inorganic arsenic.

**Get the Daily Briefing newsletter in your inbox.**
The day's top stories, from sports to movies to politics to world events.
Delivery: Daily
Your Email

A better choice is white basmati rice from California, India and Pakistan. Sushi rice from the U.S. had an average of half as much inorganic arsenic as most other types.

  

| USA TODAY | TOP MOVIE, TV PICKS: ✍ SIGN UP NOW  Watch Party Newsletter | HEALTH BENEFITS EXPLAINED  Apple cider vinegar | THE STARS DO IT  Is Pilates for you? | DEFINITION EXPLAINED  'Ambient gaslighting' | SUBSCRIBE NOW  $5 for 1 year |

U.S. | Elections | Sports | Entertainment | [ Life ] | Money | Tech | Travel | Opinion | 72°F | Subscribe | Sign In

A better choice is white basmati rice from California, India and Pakistan. Sushi rice from the U.S. had an average of half as much inorganic arsenic as most other types.

## 3. Pick snacks low in heavy metals

Apples, unsweetened applesauce, avocados, bananas, beans, cheese, grapes, hard-boiled eggs, peaches, strawberries and yogurt are snacks that were found to be low in heavy metals.

Advertisement



STORY FROM PFIZER

**Shining a light on teen mental health in rural areas**

During her freshman year in college, Asheton was deeply affected by a classmate's suicide.

Learn More

## 4. Be wary of fruit juice

Past tests found inorganic arsenic and lead in many brands of apple and grape juices.

## 5. Go easy on the chocolate

Cocoa powder may contain cadmium and/or lead. Cocoa itself may have more than dark chocolate, and dark chocolate may have more than milk chocolate.

## 6. Pass on protein powders

These may contain arsenic, cadmium and lead, according to Consumer Reports tests. Whey and egg-based powders tended to have less than plant-based ones such as soy and hemp.

READ MORE

- Many baby foods contain lead, arsenic and mercury, report says
- A parents' guide to cultural appropriation: an expert breaks down kids' Halloween costumes
- Why put out a teal pumpkin and non-food treats? Moms with kids who depend on them explain

Taboola Feed



Document title: Toxic metal in baby food: Here's how parents can reduce consumption
Capture URL: https://www.usatoday.com/story/life/parenting/2019/10/18/toxic-metal-baby-food-heres-how-parents-can-reduce-exposure/4022129002/
Capture timestamp (UTC): Wed, 21 Aug 2024 16:46:04 GMT
Page 4 of 11
TJID 20240823_0000254