| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 20 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

VALERIE MORRISON; et al.,

    Plaintiffs - Appellants,

v.

TRADER JOE'S COMPANY,

    Defendant - Appellee.

No. 25-2895

D.C. No. 3:23-cv-00061-RBM-DTF
Southern District of California, San Diego

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 14), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Kyungah "Kay" Suk
Circuit Mediator